UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BRIDAL & PROM INDUSTRY ASSOCIATION, INC.; MON CHERI BRIDALS, LLC; PROMGIRL, INC.; MAGGIE SOTTERO DESIGNS, LLC; LA FEMME BOUTIQUE, INC.; BARI-JAY FASHIONS, INC.; ALYCE DESIGNS, INC.; ALLURE BRIDALS, INC.; WATTERS DESIGNS, INC. d/b/a WATTERS & WATTERS, INC.; NEXT CENTURY PRODUCTIONS, INC.; MORI LEE, LLC; EMME BRIDAL, INC.; SIMONE CARVALLI CORP.; BONNY MT ENTERPRISES CO., LTD.; CASABLANCA BRIDALS, INC.; IMPRESSION BRIDAL, INC.; FORMOSA SUNRISE, LLC; ESSENSE OF AUSTRALIA, INC.; EDWARD BERGER, INC.; JOVANI FASHIONS LTD.; LIZZETTE BRODSKY; FRANK DISANTIS; PRECIOUS FORMALS, INC.; COUNTESS CORPORATION; and JORDAN FASHIONS CORP., <br><br>Plaintiffs,<br><br>v.<br><br>MONCHERYBRIDAL.COM; MORILYBRIDAL.COM; MAGGIEBRIDES.COM; HAPPYWEDDINGDRESSES.COM; PHOEBEBRIDAL.COM; VIVIENNEBRIDAL.COM; BIGDAYDRESS.NET; LAFEMMEDRESSESCHEAP.COM; LAFEMMEPROMDRESSESIN2012.COM; LAFEMMEDRESSESOUTLET.COM; MOOREPROMDRESS.COM; MOOREPROMDRESS.ORG; TUTERABRIDAL.COM; WEDDINGDRESSESPRICESALE.COM; FBRIDAL.COM; BEAUTIFULPROMGOWNDRESS.COM; JOHN DOES 1-1,000 and XYZ COMPANIES 1-1,000,<br><br>Defendants. | Civil Action No. 12-7079 (FLW)(LHG)<br><br><br><br><br><br><br><br><br><br>**DECLARATION OF CRAIG S. HILLIARD DEMONSTRATING COMPLIANCE WITH SERVICE TERMS OF TEMPORARY RESTRAINING ORDER** |

1

Craig S. Hilliard, of full age, upon his oath deposes and says:

1. I am an attorney at law admitted to the Bar of this Court, and I am a shareholder of Stark & Stark, P.C. I am counsel to plaintiffs in this action. I make this Declaration in support of plaintiffs' compliance with the terms of the Temporary Restraining Order entered on November 20, 2012 (the "TRO").

2. The TRO directed me to file a sworn statement by November 30, 2012 setting forth: (a) the date on which the Order was executed, (b) the date and means with which the Defendants were served with a copy of the Order, and (c) a description of the domain names, web sites and other assets that were disabled and/or restrained.

3. The TRO was executed and entered by the Court on November 20, 2012.

4. The Defendants were served by registered electronic mail on November 29, 2012. A copy of the registered receipt for all of the electronic mailings is attached hereto as Exhibit "A". Only one e-mail was unconfirmed, for Defendant, www.maggiebrides.com. The e-mail address was sales@maggiebrides.com. I will continue to attempt to locate an additional e-mail address for this Defendant, and will update the Court with a further Declaration.

5. No domain names or websites were disabled under the TRO, because the Court did not enter that aspect of the interim relief sought by Plaintiffs on the application for temporary injunctive relief.

6. I gave written notice of the terms of the TRO to a number of financial institutions/third party processors and payment providers, such as PayPal, Visa and Mastercard, and to date

I have been advised that certain accounts owned or registered to Defendants have been restrained. That information is summarized in the letter attached hereto as Exhibit "B".

7. I declare under penalty of perjury that the foregoing is true and correct.

s/Craig S. Hilliard
CRAIG S. HILLIARD

Dated: November 30, 2012

EXHIBIT

A

**Exhibit "A"**

Registered Delivery Receipt                                                                                         Page 1 of 6



# REGISTERED RECEIPT™
### EVIDENCE OF REGISTERED E-MAIL® TRANSACTION

This receipt contains verifiable proof of your RPost transaction.
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
| seabridal.com@protecteddomainservices.com | Delivered to MailBox | was delivered | 11/29/2012 7:51:34 PM (UTC) | 11/29/2012 11:51:34 AM(-800) | |
| Sales@maggiebrides.com | Delivery Failed | 554 5.7.1 : Relay access denied maggiebrides.com (217.23.9.152)relaying-issues | --- | --- | |
| sales@missybridal.com | Delivered to Mailserver | 250 ok 1354218744 qp 32316 mail.norge.lv (89.111.13.47) | 11/29/2012 7:52:24 PM (UTC) | 11/29/2012 11:52:24 AM(-800) | |
| felix770429@live.com | Delivered and Opened | HTTP-IP:49.72.187.102 | 11/29/2012 7:52:19 PM (UTC) | 11/29/2012 11:52:19 AM(-800) | 11/29/2012 12:07:00 PM(-800) |
| zhiyi120@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-31@rpost.net> Queued mail for delivery mx2.hotmail.com (65.54.188.72) | 11/29/2012 7:52:51 PM (UTC) | 11/29/2012 11:52:51 AM(-800) | |
| phoebeperi@msn.com | Delivered and Opened | HTTP-IP:49.72.187.102 | 11/29/2012 7:52:19 PM (UTC) | 11/29/2012 11:52:19 AM(-800) | 11/29/2012 12:02:43 PM(-800) |
| chilliard@stark-stark.com | Delivered and Opened | MUA | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | 11/29/2012 11:58:29 AM(-800) |
| eparks@stark-stark.com | Delivered and Opened | MUA+HTTP-IP:10.1.1.83 | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | 11/29/2012 11:54:06 AM(-800) |
| transfer@hichina.com | Delivered to Mailserver | 250 Data Ok: queued as freedom ahmx.hichina.com (110.75.167.90) | 11/29/2012 7:52:23 PM (UTC) | 11/29/2012 11:52:23 AM(-800) | |
| account@moonlightdress.com | Delivered to Mailserver | 250 2.0.0 OK 1354218745 bs8si2040411pab.176 aspmx.l.google.com (173.194.79.26) | 11/29/2012 7:52:25 PM (UTC) | 11/29/2012 11:52:25 AM(-800) | |
| service@moonlightdress.com | Delivered to Mailserver | 250 2.0.0 OK 1354218745 xj3si4177024pbc.322 aspmx.l.google.com (173.194.79.26) | 11/29/2012 7:52:25 PM (UTC) | 11/29/2012 11:52:25 AM(-800) | |
| Xax770429@hotmail.com | Delivered and Opened | HTTP-IP:49.72.187.102 | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | 11/29/2012 12:02:52 PM(-800) |
| support@fbridal.com | Delivered to Mailserver | 250 2.0.0 OK 1354218773 s7si3779436pax.239 ASPMX.L.GOOGLE.com (173.194.79.26) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |
| moncherybridal@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218772 iw4si4222239pbc.171 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| web.fail.site@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218772 o10si3759011paw.325 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| bigdaydress@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218772 bd1si3834841pab.15 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| lafemmedressescheap@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218772 bs8si2041884pab.60 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| lafemmepromdresses2012@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218776 zw4si4226756pbc.154 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:56 PM (UTC) | 11/29/2012 11:52:56 AM(-800) | |
| lafemmedressesoutlet@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218773 ax10si4224517pbd.164 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |
| usapromdress@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218776 xg10si4253470pbc.57 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:56 PM (UTC) | 11/29/2012 11:52:56 AM(-800) | |
| weddingdressesonlinesale@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218776 yl9si4195077pbc.272 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:56 PM (UTC) | 11/29/2012 11:52:56 AM(-800) | |
| paymentvipservice@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218773 f9si3781483paz.232 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |
| sunrongzhang333@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218776 wu8si4236436pbc.123 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:56 PM (UTC) | 11/29/2012 11:52:56 AM(-800) | |
| Wangbing263752@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-25@rpost.net> Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| happybridal@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-26@rpost.net> Queued mail for delivery mx1.hotmail.com (65.55.92.184) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| shackspare@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-27@rpost.net> Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| zjs1617@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-28@rpost.net> Queued mail for delivery mx1.hotmail.com (65.55.92.184) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |

| | | | | | |
|---|---|---|---|---|---|
| chinabridal@hotmail.com | Delivered to Mailserver | 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-29@rpost.net> Queued mail for delivery mx2.hotmail.com (65.54.188.72) | 11/29/2012 7:52:52 PM (UTC) | 11/29/2012 11:52:52 AM(-800) | |
| eshopbing@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218773 mo5si4203218pbc.238 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |
| paymentsophia@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218775 wu8si4219408pbc.183 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:55 PM (UTC) | 11/29/2012 11:52:55 AM(-800) | |
| weddingdresspayment@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218775 j9si3751766pay.347 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:55 PM (UTC) | 11/29/2012 11:52:55 AM(-800) | |
| payment2001@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218775 d7si3802587paw.153 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:55 PM (UTC) | 11/29/2012 11:52:55 AM(-800) | |
| pamelabridal@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1354218773 d3si3834280paw.12 gmail-smtp-in.l.google.com (173.194.79.27) | 11/29/2012 7:52:53 PM (UTC) | 11/29/2012 11:52:53 AM(-800) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Evella Parks<eparks@stark-stark.com> |
| Subject: | ABPIA, Inc. v. MoncheryBridal.com, et al.; Civil Action No. 12-7079 (Delivery Failure) |
| To: | <seabridal.com@protecteddomainservices.com><br><Sales@maggiebrides.com><br><sales@missybridal.com><br><felix770429@live.com><br><zhiyi120@hotmail.com><br><phoebeperi@msn.com><br><transfer@hichina.com><br><account@moonlightdress.com><br><service@moonlightdress.com><br><Xax770429@hotmail.com><br><support@fbridal.com><br><moncherybridal@gmail.com><br><web.fall.site@gmail.com><br><bigdaydress@gmail.com><br><lafemmedressescheap@gmail.com><br><lafemmepromdresses2012@gmail.com><br><lafemmedressesoutlet@gmail.com><br><usapromdress@gmail.com><br><weddingdressesonlinesale@gmail.com><br><paymentvipservice@gmail.com><br><sunrongzhang333@gmail.com><br><Wangbing263752@hotmail.com><br><happybridal@hotmail.com><br><shackspare@hotmail.com><br><zjs1617@hotmail.com><br><chinabridal@hotmail.com><br><eshopbing@gmail.com><br><paymentsophia@gmail.com><br><weddingdresspayment@gmail.com><br><payment2001@gmail.com><br><pamelabridal@gmail.com> |
| Cc: | <chilliard@stark-stark.com><br><eparks@stark-stark.com> |
| Bcc: | |
| Network ID: | <826A9B551616DE8F4F307F1B9BD2DB83391DAA43@mailplus2.la1.rpos |
| Received: | 11/29/2012 7:52:47 PM(UTC) -480 |
| Client Code: | |

### Message Statistics

| | |
|---|---|
| Message ID: | 8F64DB65ED8CD7697C390F4DBF205D420E582BCC |
| Message Size: | 705256 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Temporary Restraining Order (filed 11-20-12).pdf | 510832 |

### Delivery Audit Trail

From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : delivery via local: alias exp

From:opendetection@rpost.net:From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was successfully delivered t listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system alias expanded**Opened from IP 49.72.187.102** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30_452B3E67F69723771C671CA37551798A863F0DA6/rpost.gif\n 49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \ .NET CLR 2.0.50727)x86

From:opendetection@rpost.net:From:opendetection@rpost.net:From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your messa successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery e systems. The mail system : delivery via local: alias expanded**Opened from IP 49.72.187.102** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Lang open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30_452B3E67F69723771C671CA37551798A863F0DA6/rpos 49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \ .NET CLR 2.0.50727)x86**Opened from IP 10.1.1.83** \n ---- Cache-Control: max-age=259200 Connection: keep-alive Via: 1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 A Encoding: gzip, deflate Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.21 3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/ Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-33_FBC0F2940F4C6C72A0629A9523B378F0FBAF5B19/rpost.gif\n 173.71.64.210173.71.64.21044424GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxmax-age=259200\n keep-alive\1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1)( deflateopen.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C MSOffice 12)10.1.1.83\n 10.1.1.83

From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.net:From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Othe receive notifications of mail delivery errors from other systems. The mail system : delivery via local: alias expanded**Opened from IP 49.72.187.102** \n ---- Connection: Keep-Alive Content-Length: 0 A Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\O \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30_452B3E67F69723771C671CA37551798A863F0DA6/rpost.gif\n 49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gz open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727)x86**Opened from IP 10.1.1.83** \n ---- Cache-Control: max-age=259200 Connection: keep-alive Via: 1.1 barra stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GT

1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Op
\n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
33_FBC0F2940F4C6C72A0629A9523B378F0FBAF5B19/rpost.gif\n 173.71.64.210173.71.64.21044424GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxmax-age=259200
barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0*/"\n gzip, deflateopen.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.507
3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12)10.1.1.83\n 10.1.1.83Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Er
deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\r
CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
4_92990E49789F6B609C28F4850942AB4D2766E74B/rpost.gif\n 49.72.187.10249.72.187.1023929GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip
open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727)x86

From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:MAILER-DAEMON@mx1.protecteddomainservices.com;he mail
mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Othe
receive notifications of mail delivery errors from other systems. The mail system : delivery via local: alias expandedOpened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 A
Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\O
\n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
30_452B3E67F69723771C671CA37551798A863F0DA6/rpost.gif\n 49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gz
open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727)x86Opened from IP 10.1.1.83 \n ---- Cache-Control: max-age=259200 Connection: keep-alive Via: 1.1 barra
stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GT
1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open
\n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
33_FBC0F2940F4C6C72A0629A9523B378F0FBAF5B19/rpost.gif\n 173.71.64.210173.71.64.21044424GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxmax-age=259200
barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0*/"\n gzip, deflateopen.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.507
3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12)10.1.1.83\n 10.1.1.83Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Er
deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\r
CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
4_92990E49789F6B609C28F4850942AB4D2766E74B/rpost.gif\n 49.72.187.10249.72.187.1023929GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip
open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727)x86Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Enc
Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \r
3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-
5_135A0F0E2844DCB640F007A8F31934027B55753F/rpost.gif\n 49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip
open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727)x86

From:"Craig Hilliard" ;From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:MAILER-DAEMON@mx1.protecteddomair
mail system at host mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) below. If the message was delivered to mailbox you will receive no furthe
Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : delivery via local: alias expandedOpened from IP 49.72.187.102 \n ---- Connection: Keep-A
Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU:
x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30_452B3E67F69723771C671CA37551798A863F0DA6/rpost.gif\n
49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Opened from IP 10.1.1.83 \n ---- Cache-Control: max-age=259200 Connection: keep-alive Via: 1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 A
Encoding: gzip, deflate Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.21
3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-33_FBC0F2940F4C6C72A0629A9523B378F0FBAF5B19/rpost.gif\n
173.71.64.210173.71.64.21044424GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxmax-age=259200\n keep-alive1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0
deflateopen.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C;
MSOffice 12)10.1.1.83\n 10.1.1.83Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rp
Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-4_92990E49789F6B609C28F4850942AB4D2766E74B/rpost.gif\n
49.72.187.10249.72.187.1023929GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net U
Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-5_135A0F0E2844DCB640F007A8F31934027B55753F/rpost.gif\n
49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Your message To: Craig Hilliard Subject: Registered: ABPIA, Inc. v. MoncheryBridal.com, et al.; Civil Action No. 12-7079 Sent: Thursday, November 29, 2012 2:51:30 PM (U
Time (US & Canada) was read on Thursday, November 29, 2012 2:56:53 PM (UTC-05:00) Eastern Time (US & Canada).

From:"Evella Parks" ;From:"Craig Hilliard" ;From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:opendetection@rpost.net;From:MAILER-
DAEMON@mx1.protecteddomainservices.com;he mail system at host mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. If the message
mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : delivery via local: alias expandedOpened fr
49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.
5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30_452B3E67F69723771C671CA37551798A863F0DA6/rpost.gif\n
49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Opened from IP 10.1.1.83 \n ---- Cache-Control: max-age=259200 Connection: keep-alive Via: 1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 A
Encoding: gzip, deflate Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.21
3.5.30729; .NET4.0C; .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-33_FBC0F2940F4C6C72A0629A9523B378F0FBAF5B19/rpost.gif\n
173.71.64.210173.71.64.21044424GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxmax-age=259200\n keep-alive1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0
deflateopen.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.2152; .NET CLR 3.5.30729; .NET4.0C;
MSOffice 12)10.1.1.83\n 10.1.1.83Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rp
Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-4_92990E49789F6B609C28F4850942AB4D2766E74B/rpost.gif\n
49.72.187.10249.72.187.1023929GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Opened from IP 49.72.187.102 \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpost.net U
Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 2.0.50727) UA-CPU: x86 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE
Detection\rpost.aspx404;http://open.rpost.net:80/8F64DB65ED8CD7697C390F4DBF205D420E582BCC-5_135A0F0E2844DCB640F007A8F31934027B55753F/rpost.gif\n
49.72.187.10249.72.187.1023816GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/"gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; \
.NET CLR 2.0.50727)x86Your message To: Craig Hilliard Subject: Registered: ABPIA, Inc. v. MoncheryBridal.com, et al.; Civil Action No. 12-7079 Sent: Thursday, November 29, 2012 2:51:30 PM (U
Time (US & Canada) was read on Thursday, November 29, 2012 2:56:53 PM (UTC-05:00) Eastern Time (US & Canada). Your message To: Evella Parks Subject: Registered: ABPIA, Inc. v. Monche
al.; Civil Action No. 12-7079 Sent: Thursday, November 29, 2012 2:51:30 PM (UTC-05:00) Eastern Time (US & Canada) was read on Thursday, November 29, 2012 2:54:15 PM (UTC-05:00) Easter
Canada).

2012-11-29 11:51:33 starting protecteddomainservices.com/mta1\n 2012-11-29 11:51:33 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.protecteddomainservices.com (174.36.86.114)\n 2(
connected from 64.70.1.107:40026\n 2012-11-29 11:51:33 >>> 220 mx1.protecteddomainservices.com ESMTP Postfix\n 2012-11-29 11:51:33 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:51:33 >
mx1.protecteddomainservices.com\n 2012-11-29 11:51:33 >>> 250-PIPELINING\n 2012-11-29 11:51:33 >>> 250-SIZE 10240000\n 2012-11-29 11:51:33 >>> 250-ETRN\n 2012-11-29 11:51:33 >>>
ENHANCEDSTATUSCODES\n 2012-11-29 11:51:33 >>> 250-8BITMIME\n 2012-11-29 11:51:33 >>> 250 DSN\n 2012-11-29 11:51:33 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF20!
1@rpost.net> BODY=7BIT RET=HDRS\n 2012-11-29 11:51:33 <<< RCPT TO:<seabridal.com@protecteddomainservices.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2012-11-29 11:51:33 <<< D
11:51:33 >>> 250 2.1.0 Ok\n 2012-11-29 11:51:33 <<< End data with <CR><LF>.<CR><LF>\n 2012-11-29 11:51:34 <<< .\n 2012-11-29 11:51:34 >>> :
queued as BDF58700011DE\n 2012-11-29 11:51:34 <<< QUIT\n 2012-11-29 11:51:34 >>> 221 2.0.0 Bye\n 2012-11-29 11:51:34 closed mx1.protecteddomainservices.com (174.36.86.114) in=300 c
2012-11-29 11:51:34 done protecteddomainservices.com/mta1

2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:53707\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP iw4si4222239pbc.171\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.c
[64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-ENHANCEDS
2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-10@rpost.net> BODY=7BIT\n 2012-11-29 11:52:4!
TO:<moncherybridal@gmail.com>\n 2012-11-29 11:52:48 <<< DATA\n 2012-11-29 11:52:48 >>> 250 2.1.0 OK iw4si4222239pbc.171\n 2012-11-29 11:52:48 >>> 250 2.1.5 OK iw4si4222239pbc.17
11:52:49 >>> 354 Go ahead iw4si4222239pbc.171\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 2.0.0 OK 1354218772 iw4si4222239pbc.171\n 2012-11-29 11:52:52 <<< QUIT\n 20
>>> 221 2.0.0 closing connection iw4si4222239pbc.171\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708872\n 2012-11-29 11:52:53 done gmail.com/mta1

2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:49 connect
64.70.1.107:51891\n 2012-11-29 11:52:49 >>> 220 mx.google.com ESMTP o10si3759011paw.325\n 2012-11-29 11:52:49 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.c
service, [64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-11@rpost.net> BO
11-29 11:52:49 <<< RCPT TO:<web.fall.site@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK o10si3759011paw.325\n 2012-11-29 11:52:49 >>> 250 2.1.5 (
o10si3759011paw.325\n 2012-11-29 11:52:49 >>> 354 Go ahead o10si3759011paw.325\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 2.0.0 OK 1354218772 o10si3759011paw.325\
11:52:52 <<< QUIT\n 2012-11-29 11:52:53 >>> 221 2.0.0 closing connection o10si3759011paw.325\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708869\n
11:52:53 done gmail.com/mta1

2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:51151\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP bd1si3834841pab.15\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.cc

```
[64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-ENHANCEDS
2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-12@rpost.net> BODY=7BIT\n 2012-11-29 11:52:48
TO:<bigdaydress@gmail.com>\n 2012-11-29 11:52:48 <<< DATA\n 2012-11-29 11:52:48 >>> 250 2.1.0 OK bd1si3834841pab.15\n 2012-11-29 11:52:49 >>> 250 2.1.5 OK bd1si3834841pab.15\n 2
11:52:49 >>> 354 Go ahead bd1si3834841pab.15\n 2012-11-29 11:52:51 <<< .\n 2012-11-29 11:52:52 >>> 250 2.0.0 OK 1354218772 bd1si3834841pab.15\n 2012-11-29 11:52:52 <<< QUIT\n 2012
>>> 221 2.0.0 closing connection bd1si3834841pab.15\n 2012-11-29 11:52:52 closed gmail-smtp.in.l.google.com (173.194.79.27) in=375 out=708863\n 2012-11-29 11:52:52 done gmail.com/mta1
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:40488\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP bs8si2041884pab.60\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.co
[64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-ENHANCEDS
2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-13@rpost.net> BODY=7BIT\n 2012-11-29 11:52:48
TO:<lafemmedressescheap@gmail.com>\n 2012-11-29 11:52:48 <<< DATA\n 2012-11-29 11:52:48 >>> 250 2.1.0 OK bs8si2041884pab.60\n 2012-11-29 11:52:50 >>> 250 2.1.5 OK bs8si2041884p
29 11:52:50 >>> 354 Go ahead bs8si2041884pab.60\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 2.0.0 OK 1354218772 bs8si2041884pab.60\n 2012-11-29 11:52:52 <<< QUIT\n 20
11:52:52 >>> 221 2.0.0 closing connection bs8si2041884pab.60\n 2012-11-29 11:52:52 closed gmail-smtp.in.l.google.com (173.194.79.27) in=375 out=708887\n 2012-11-29 11:52:52 done gmail.co
```

```
2012-11-29 11:52:50 starting gmail.com/mta1\n 2012-11-29 11:52:50 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:50 connect
64.70.1.107:36685\n 2012-11-29 11:52:51 >>> 220 mx.google.com ESMTP zw4si4226756pbc.154\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-mx.google.c
service, [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 35882577\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:51 >>> 250 PIPELINING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-14@rpost.net> BO
11-29 11:52:51 <<< RCPT TO:<lafemmepromdresses2012@gmail.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:51 >>> 250 2.1.0 OK zw4si4226756pbc.154\n 2012-11-29 11:52:53
zw4si4226756pbc.154\n 2012-11-29 11:52:53 >>> 354 Go ahead zw4si4226756pbc.154\n 2012-11-29 11:52:55 <<< .\n 2012-11-29 11:52:55 >>> 250 2.0.0 OK 1354218776 zw4si4226756pbc.1
11:52:56 <<< QUIT\n 2012-11-29 11:52:56 >>> 221 2.0.0 closing connection zw4si4226756pbc.154\n 2012-11-29 11:52:56 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708896\n
11:52:56 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:56 connected from 64.70.1.107:46160\n 2012-11-29 11:52:56 >>> 220
ESMTP zw5si4243505pbc.97\n 2012-11-29 11:52:56 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:56 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2012-11-29 11:52:56 >>> 250-SIZ
2012-11-29 11:52:56 >>> 250-8BITMIME\n 2012-11-29 11:52:56 >>> 250-STARTTLS\n 2012-11-29 11:52:56 >>> 250-ENHANCEDSTATUSCODES\n 2012-11-29 11:52:56 >>> 250 PIPELINING\n
11:52:56 <<< MAIL FROM:<rcpt0EF4B59990ACA19A5F89689A9197A6FBCD60E043-1@rpost.net> BODY=7BIT\n 2012-11-29 11:52:56 <<< RCPT TO:<anthony.kassis@gmail.com>\n 2012-11-29
DATA\n 2012-11-29 11:52:57 >>> 250 2.1.0 OK zw5si4243505pbc.97\n 2012-11-29 11:52:57 >>> 250 2.1.5 OK zw5si4243505pbc.97\n 2012-11-29 11:52:57 >>> 354 Go ahead zw5si4243505pbc.9
11:52:59 <<< .\n 2012-11-29 11:52:59 >>> 250 2.0.0 OK 1354218779 zw5si4243505pbc.97\n 2012-11-29 11:52:59 <<< QUIT\n 2012-11-29 11:53:00 >>> 221 2.0.0 closing connection zw5si4243505
29 11:53:00 closed gmail-smtp-in.l.google.com (173.194.79.27) in=375 out=458970\n 2012-11-29 11:53:00 done gmail.com/mta1
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:39132\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP ax10si4224517pbd.164\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.
service, [64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-15@rpost.net> BO
11-29 11:52:49 <<< RCPT TO:<lafemmedressesoutlet@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK ax10si4224517pbd.164\n 2012-11-29 11:52:50 >>>
ax10si4224517pbd.164\n 2012-11-29 11:52:50 >>> 354 Go ahead ax10si4224517pbd.164\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:53 >>> 250 2.0.0 OK 1354218773 ax10si4224517pbd.16
11:52:53 <<< QUIT\n 2012-11-29 11:52:53 >>> 221 2.0.0 closing connection ax10si4224517pbd.164\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=387 out=708890\n
11:52:53 done gmail.com/mta1
```

```
2012-11-29 11:52:51 starting gmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:51 connect
64.70.1.107:56053\n 2012-11-29 11:52:51 >>> 220 mx.google.com ESMTP xg10si4253470pbc.57\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-mx.google.c
[64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 35882577\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-ENHANCEDS
2012-11-29 11:52:51 >>> 250 PIPELINING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-16@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51
TO:<usapromdress@gmail.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:51 >>> 250 2.1.0 OK xg10si4253470pbc.57\n 2012-11-29 11:52:54 >>> 250 2.1.5 OK xg10si4253470pbc.57
11:52:54 >>> 354 Go ahead xg10si4253470pbc.57\n 2012-11-29 11:52:56 <<< .\n 2012-11-29 11:52:56 >>> 250 2.0.0 OK 1354218776 xg10si4253470pbc.57\n 2012-11-29 11:52:56 <<< QUIT\n 20
>>> 221 2.0.0 closing connection xg10si4253470pbc.57\n 2012-11-29 11:52:57 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708866\n 2012-11-29 11:52:57 done gmail.com/mta1
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:49 connect
64.70.1.107:41424\n 2012-11-29 11:52:49 >>> 220 mx.google.com ESMTP yl9si4195077pbc.272\n 2012-11-29 11:52:49 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.co
[64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-ENHANCEDS
2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-17@rpost.net> BODY=7BIT\n 2012-11-29 11:52:49
TO:<weddingdressesonlinesale@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK yl9si4195077pbc.272\n 2012-11-29 11:52:54 >>> 250 2.1.5 OK yl9si4195077
11-29 11:52:54 >>> 354 Go ahead yl9si4195077pbc.272\n 2012-11-29 11:52:56 <<< .\n 2012-11-29 11:52:56 >>> 250 2.0.0 OK 1354218776 yl9si4195077pbc.272\n 2012-11-29 11:52:57 <<< QUIT
11:52:57 >>> 221 2.0.0 closing connection yl9si4195077pbc.272\n 2012-11-29 11:52:57 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708902\n 2012-11-29 11:52:57 done gmail.co
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:36550\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP f9si3781483paz.232\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.co
[64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-ENHANCEDS
2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-18@rpost.net> BODY=7BIT\n 2012-11-29 11:52:48
TO:<paymentvipservice@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK f9si3781483paz.232\n 2012-11-29 11:52:50 >>> 250 2.1.5 OK f9si3781483paz.23
11:52:50 >>> 354 Go ahead f9si3781483paz.232\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:53 >>> 250 2.0.0 OK 1354218773 f9si3781483paz.232\n 2012-11-29 11:52:53 <<< QUIT\n 2012-
>>> 221 2.0.0 closing connection f9si3781483paz.232\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=375 out=708880\n 2012-11-29 11:52:53 done gmail.com/mta1
```

```
2012-11-29 11:52:51 starting gmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:51 connect
64.70.1.107:56761\n 2012-11-29 11:52:51 >>> 220 mx.google.com ESMTP wu8si4236436pbc.123\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-mx.google.c
service, [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 35882577\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:51 >>> 250 PIPELINING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-19@rpost.net> BO
11-29 11:52:51 <<< RCPT TO:<sunrongzhang333@gmail.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:51 >>> 250 2.1.0 OK wu8si4236436pbc.123\n 2012-11-29 11:52:53 >>> 250
wu8si4236436pbc.123\n 2012-11-29 11:52:53 >>> 354 Go ahead wu8si4236436pbc.123\n 2012-11-29 11:52:55 <<< .\n 2012-11-29 11:52:56 >>> 250 2.0.0 OK 1354218776 wu8si4236436pbc.123\
11:52:56 <<< QUIT\n 2012-11-29 11:52:56 >>> 221 2.0.0 closing connection wu8si4236436pbc.123\n 2012-11-29 11:52:56 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708875\n
11:52:56 done gmail.com/mta1
```

```
2012-11-29 11:51:33 starting maggiebrides.com/mta1\n 2012-11-29 11:51:33 connecting from mta1.la1.rpost.net (64.70.1.107) to maggiebrides.com (217.23.9.152)\n 2012-11-29 11:51:33 connecte
64.70.1.107:42861\n 2012-11-29 11:51:34 >>> 220 v1208301102.xxx.com ESMTP Postfix\n 2012-11-29 11:51:34 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:51:34 >>> 250-v1208301102.xxx.co
11:51:34 >>> 250-PIPELINING\n 2012-11-29 11:51:34 >>> 250-SIZE 10240000\n 2012-11-29 11:51:34 >>> 250-VRFY\n 2012-11-29 11:51:34 >>> 250-ETRN\n 2012-11-29 11:51:34 >>> 250-AUTH
2012-11-29 11:51:34 >>> 250-AUTH=LOGIN PLAIN\n 2012-11-29 11:51:34 >>> 250-ENHANCEDSTATUSCODES\n 2012-11-29 11:51:34 >>> 250-8BITMIME\n 2012-11-29 11:51:34 >>> 250 DSN\
11:51:34 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-2@rpost.net> BODY=7BIT RET=HDRS\n 2012-11-29 11:51:34 <<< RCPT TO:<Sales@maggiebrides.com>
NOTIFY=SUCCESS,FAILURE,DELAY\n 2012-11-29 11:51:34 <<< DATA\n 2012-11-29 11:51:34 >>> 250 2.1.0 Ok\n 2012-11-29 11:51:34 >>> 554 5.7.1 <Sales@maggiebrides.com>: Relay access
29 11:51:34 >>> 554 5.5.1 Error: no valid recipients\n 2012-11-29 11:51:34 <<< QUIT\n 2012-11-29 11:51:34 >>> 221 2.0.0 Bye\n 2012-11-29 11:51:34 closed maggiebrides.com (217.23.9.152) in=
2012-11-29 11:51:34 done maggiebrides.com/mta1
```

```
RPost Transmitting MTA:2012-11-29 11:51:34-0800,2012-11-29 11:51:32-0800,rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-2@rpost.net,Sales@maggiebrides.com,failed,5.7.1 (deliv
authorized),smtp;554 5.7.1 <Sales@maggiebrides.com>: Relay access denied,maggiebrides.com (217.23.9.152),relaying-issues,api,trans1
(172.16.2.101),smtp,64.70.1.107,217.23.9.152,ENHANCEDSTATUSCODES,PIPELINING,8BITMIME,SIZE,DSN,ETRN,AUTH,AUTH:PLAIN,AUTH:LOGIN,mta1,8F64DB65ED8CD7697C390F4DBF2
2,
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:47607\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP mo5si4203218pbc.238\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.
service, [64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-20@rpost.net> BO
11-29 11:52:48 <<< RCPT TO:<eshopping@gmail.com>\n 2012-11-29 11:52:48 <<< DATA\n 2012-11-29 11:52:48 >>> 250 2.1.0 OK mo5si4203218pbc.238\n 2012-11-29 11:52:50 >>> 250 2.1.5 O
mo5si4203218pbc.238\n 2012-11-29 11:52:50 >>> 354 Go ahead mo5si4203218pbc.238\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:53 >>> 250 2.0.0 OK 1354218773 mo5si4203218pbc.238
11:52:53 <<< QUIT\n 2012-11-29 11:52:53 >>> 221 2.0.0 closing connection mo5si4203218pbc.238\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708857\n
11:52:53 done gmail.com/mta1
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect
64.70.1.107:53822\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP wu8si4219408pbc.183\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.
service, [64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-
ENHANCEDSTATUSCODES\n 2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-21@rpost.net> BO
11-29 11:52:49 <<< RCPT TO:<paymentsophia@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK wu8si4219408pbc.183\n 2012-11-29 11:52:52 >>> 250 2.1
wu8si4219408pbc.183\n 2012-11-29 11:52:52 >>> 354 Go ahead wu8si4219408pbc.183\n 2012-11-29 11:52:55 <<< .\n 2012-11-29 11:52:55 >>> 250 2.0.0 OK 1354218775 wu8si4219408pbc.183\
11:52:55 <<< QUIT\n 2012-11-29 11:52:55 >>> 221 2.0.0 closing connection wu8si4219408pbc.183\n 2012-11-29 11:52:55 closed gmail-smtp-in.l.google.com (173.194.79.27) in=381 out=708869\n
11:52:55 done gmail.com/mta1
```

```
2012-11-29 11:52:50 starting gmail.com/mta1\n 2012-11-29 11:52:50 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:51 connect
64.70.1.107:53559\n 2012-11-29 11:52:51 >>> 220 mx.google.com ESMTP j9si3751766pay.347\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-mx.google.co
[64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 35882577\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-ENHANCEDS
2012-11-29 11:52:51 >>> 250 PIPELINING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-22@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51
TO:<weddingdresspayment@gmail.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:52 >>> 250 2.1.0 OK j9si3751766pay.347\n 2012-11-29 11:52:52 >>> 250 2.1.5 OK j9si3751766pay
11:52:52 >>> 354 Go ahead j9si3751766pay.347\n 2012-11-29 11:52:54 <<< .\n 2012-11-29 11:52:55 >>> 250 2.0.0 OK 1354218775 j9si3751766pay.347\n 2012-11-29 11:52:55 <<< QUIT\n 2012-
>>> 221 2.0.0 closing connection j9si3751766pay.347\n 2012-11-29 11:52:55 closed gmail-smtp-in.l.google.com (173.194.79.27) in=375 out=708887\n 2012-11-29 11:52:55 done gmail.com/mta1
```

```
2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:49 connect
64.70.1.107:33624\n 2012-11-29 11:52:49 >>> 220 mx.google.com ESMTP d7si3802587paw.153\n 2012-11-29 11:52:49 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.cc
```

[64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-ENHANCEDS 2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-23@rpost.net> BODY=7BIT\n 2012-11-29 11:52:49 TO:<payment2001@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK d7si3802587paw.153\n 2012-11-29 11:52:52 >>> 250 2.1.5 OK d7si3802587paw.153\n 11:52:52 >>> 354 Go ahead d7si3802587paw.153\n 2012-11-29 11:52:54 <<< .\n 2012-11-29 11:52:55 >>> 250 2.0.0 OK 1354218775 d7si3802587paw.153\n 2012-11-29 11:52:55 <<< QUIT\n 201 >>> 221 2.0.0 closing connection d7si3802587paw.153\n 2012-11-29 11:52:55 closed gmail-smtp-in.l.google.com (173.194.79.27) in=375 out=708863\n 2012-11-29 11:52:55 done gmail.com/mta1

2012-11-29 11:52:48 starting gmail.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to gmail-smtp-in.l.google.com (173.194.79.27)\n 2012-11-29 11:52:48 connect 64.70.1.107:45575\n 2012-11-29 11:52:49 >>> 220 mx.google.com ESMTP d3si3834280paw.12\n 2012-11-29 11:52:49 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:49 >>> 250-mx.google.con [64.70.1.107]\n 2012-11-29 11:52:49 >>> 250-SIZE 35882577\n 2012-11-29 11:52:49 >>> 250-8BITMIME\n 2012-11-29 11:52:49 >>> 250-STARTTLS\n 2012-11-29 11:52:49 >>> 250-ENHANCEDS 2012-11-29 11:52:49 >>> 250 PIPELINING\n 2012-11-29 11:52:49 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-24@rpost.net> BODY=7BIT\n 2012-11-29 11:52:49 TO:<pamelabridal@gmail.com>\n 2012-11-29 11:52:49 <<< DATA\n 2012-11-29 11:52:49 >>> 250 2.1.0 OK d3si3834280paw.12\n 2012-11-29 11:52:50 >>> 250 2.1.5 OK d3si3834280paw.12\n 20 >>> 354 Go ahead d3si3834280paw.12\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:53 >>> 250 2.0.0 OK 1354218773 d3si3834280paw.12\n 2012-11-29 11:52:53 <<< QUIT\n 2012-11-29 11: 2.0.0 closing connection d3si3834280paw.12\n 2012-11-29 11:52:53 closed gmail-smtp-in.l.google.com (173.194.79.27) in=369 out=708866\n 2012-11-29 11:52:53 done gmail.com/mta1

2012-11-29 11:52:51 starting hotmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to mx4.hotmail.com (65.54.188.72)\n 2012-11-29 11:52:51 connected from 6 \n 2012-11-29 11:52:51 >>> 220 BAY0-MC1-F5.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:51 -0800 \n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-BAY0-MC1-F5.Bay0.hotn (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 36909875\n 2012-11-29 11:52:51 >>> 250-PIPELINING\n 2012-11-29 11:52:51 >>> 250-8bitmime\n 2012-11-29 11:52:51 >>> 2 BINARYMIME\n 2012-11-29 11:52:51 >>> 250-CHUNKING\n 2012-11-29 11:52:51 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:51 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:51 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-25@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51 <<< RCPT TO:<Wangbing263752@hotmail.com>\n 2012-11-29 1 DATA\n 2012-11-29 11:52:51 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-25@rpost.net....Sender OK\n 2012-11-29 11:52:51 >>> 250 Wangbing263752@hotmail.com \n 20 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-25@rpost.net> Queued m 2012-11-29 11:52:52 <<< QUIT\n 2012-11-29 11:52:52 >>> 221 BAY0-MC1-F5.Bay0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:52 closed mx4.hotmail.com (65.54.188.7 out=708730\n 2012-11-29 11:52:52 done hotmail.com/mta1

2012-11-29 11:52:51 starting hotmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.184)\n 2012-11-29 11:52:51 connected from 6 \n 2012-11-29 11:52:51 >>> 220 SNT0-MC4-F45.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:51 -0800 \n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-SNT0-MC4-F45.Snt0.ho (3.16.0.68) Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 36909875\n 2012-11-29 11:52:51 >>> 250-PIPELINING\n 2012-11-29 11:52:51 >>> 250-8bitmime\n 2012-11-29 11:52:51 >>> 2 BINARYMIME\n 2012-11-29 11:52:51 >>> 250-CHUNKING\n 2012-11-29 11:52:51 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:51 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:51 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-26@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51 <<< RCPT TO:<happybridal@hotmail.com>\n 2012-11-29 11:52:5 2012-11-29 11:52:51 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-26@rpost.net....Sender OK\n 2012-11-29 11:52:52 >>> 250 happybridal@hotmail.com \n 2012-11-29 11:52 mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-26@rpost.net> Queued mail for delivery 11:52:52 <<< QUIT\n 2012-11-29 11:52:52 >>> 221 SNT0-MC4-F45.Snt0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:52 closed mx1.hotmail.com (65.55.92.184) in=741 o 11-29 11:52:52 done hotmail.com/mta1

2012-11-29 11:52:52 starting hotmail.com/mta1\n 2012-11-29 11:52:52 connecting from mta1.la1.rpost.net (64.70.1.107) to mx4.hotmail.com (65.54.188.72)\n 2012-11-29 11:52:52 connected from 6 \n 2012-11-29 11:52:52 >>> 220 BAY0-MC1-F42.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:52 -0800 \n 2012-11-29 11:52:52 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:52 >>> 250-BAY0-MC1-F42.Bay0.hc (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:52 >>> 250-SIZE 36909875\n 2012-11-29 11:52:52 >>> 250-PIPELINING\n 2012-11-29 11:52:52 >>> 250-8bitmime\n 2012-11-29 11:52:52 >>> 2 BINARYMIME\n 2012-11-29 11:52:52 >>> 250-CHUNKING\n 2012-11-29 11:52:52 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:52 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:52 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-27@rpost.net> BODY=7BIT\n 2012-11-29 11:52:52 <<< RCPT TO:<shackspare@hotmail.com>\n 2012-11-29 11:52:5 2012-11-29 11:52:52 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-27@rpost.net....Sender OK\n 2012-11-29 11:52:52 >>> 250 shackspare@hotmail.com \n 2012-11-29 11:52 mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-27@rpost.net> Queued mail for delivery 11:52:52 <<< QUIT\n 2012-11-29 11:52:52 >>> 221 BAY0-MC1-F42.Bay0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:52 closed mx4.hotmail.com (65.54.188.72) in=740 c 2012-11-29 11:52:52 done hotmail.com/mta1

2012-11-29 11:52:52 starting hotmail.com/mta1\n 2012-11-29 11:52:52 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.184)\n 2012-11-29 11:52:52 connected from 6 \n 2012-11-29 11:52:52 >>> 220 SNT0-MC4-F23.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:52 -0800 \n 2012-11-29 11:52:52 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:52 >>> 250-SNT0-MC4-F23.Snt0.ho (3.16.0.68) Hello [64.70.1.107]\n 2012-11-29 11:52:52 >>> 250-SIZE 36909875\n 2012-11-29 11:52:52 >>> 250-PIPELINING\n 2012-11-29 11:52:52 >>> 250-8bitmime\n 2012-11-29 11:52:52 >>> 2 BINARYMIME\n 2012-11-29 11:52:52 >>> 250-CHUNKING\n 2012-11-29 11:52:52 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:52 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:52 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-28@rpost.net> BODY=7BIT\n 2012-11-29 11:52:52 <<< RCPT TO:<zjs1617@hotmail.com>\n 2012-11-29 11:52:52 << 11-29 11:52:52 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-28@rpost.net....Sender OK\n 2012-11-29 11:52:52 >>> 250 zjs1617@hotmail.com \n 2012-11-29 11:52:52 >>> 3 end with <CRLF>.<CRLF>\n 2012-11-29 11:52:53 <<< .\n 2012-11-29 11:52:53 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-28@rpost.net> Queued mail for delivery\n 2012-11 QUIT\n 2012-11-29 11:52:53 >>> 221 SNT0-MC4-F23.Snt0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:53 closed mx1.hotmail.com (65.55.92.184) in=737 out=708708\n 2 11:52:53 done hotmail.com/mta1

2012-11-29 11:52:51 starting hotmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to mx2.hotmail.com (65.54.188.72)\n 2012-11-29 11:52:51 connected from 6 \n 2012-11-29 11:52:51 >>> 220 BAY0-MC1-F17.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:51 -0800 \n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-BAY0-MC1-F17.Bay0.hc (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 36909875\n 2012-11-29 11:52:51 >>> 250-PIPELINING\n 2012-11-29 11:52:51 >>> 250-8bitmime\n 2012-11-29 11:52:51 >>> 2 BINARYMIME\n 2012-11-29 11:52:51 >>> 250-CHUNKING\n 2012-11-29 11:52:51 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:51 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:51 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-29@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51 <<< RCPT TO:<chinabridal@hotmail.com>\n 2012-11-29 11:52:51 2012-11-29 11:52:51 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-29@rpost.net....Sender OK\n 2012-11-29 11:52:52 >>> 250 chinabridal@hotmail.com \n 2012-11-29 11:52 mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-29@rpost.net> Queued mail for delivery 11:52:52 <<< QUIT\n 2012-11-29 11:52:52 >>> 221 BAY0-MC1-F17.Bay0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:52 closed mx2.hotmail.com (65.54.188.72) in=741 c 2012-11-29 11:52:52 done hotmail.com/mta1

2012-11-29 11:52:20 starting missybridal.com/mta1\n 2012-11-29 11:52:20 connecting from mta1.la1.rpost.net (64.70.1.107) to mail.norge.lv (89.111.13.47)\n 2012-11-29 11:52:20 connected from 6 \n 2012-11-29 11:52:21 >>> 220 norge.lv ESMTP\n 2012-11-29 11:52:21 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:21 >>> 250-norge.lv\n 2012-11-29 11:52:21 >>> 250-PIPELINING\n 2012 >>> 250 8BITMIME\n 2012-11-29 11:52:21 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-3@rpost.net> BODY=7BIT\n 2012-11-29 11:52:21 <<< RCPT TO:<sales@missybridal.com>\n 2012-11-29 11:52:21 <<< DATA\n 2012-11-29 11:52:21 >>> 250 ok\n 2012-11-29 11:52:21 >>> 250 ok\n 2012-11-29 11:52:21 >>> 354 go ahead\n 2012-11-29 11:5 11-29 11:52:24 >>> 250 ok 1354218744 qp 32316\n 2012-11-29 11:52:24 <<< QUIT\n 2012-11-29 11:52:24 >>> 221 norge.lv\n 2012-11-29 11:52:24 closed mail.norge.lv (89.111.13.47) in=136 out= 11-29 11:52:24 done missybridal.com/mta1

2012-11-29 11:52:51 starting hotmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to mx3.hotmail.com (65.54.188.72)\n 2012-11-29 11:52:51 connected from 6 \n 2012-11-29 11:52:51 >>> 220 BAY0-MC1-F9.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:51 -0800 \n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-BAY0-MC1-F9.Bay0.hotn (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 36909875\n 2012-11-29 11:52:51 >>> 250-PIPELINING\n 2012-11-29 11:52:51 >>> 250-8bitmime\n 2012-11-29 11:52:51 >>> 2 BINARYMIME\n 2012-11-29 11:52:51 >>> 250-CHUNKING\n 2012-11-29 11:52:51 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:51 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:51 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51 <<< RCPT TO:<Xax770429@hotmail.com>\n 2012-11-29 11:52:5 2012-11-29 11:52:51 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30@rpost.net....Sender OK\n 2012-11-29 11:52:52 >>> 250 Xax770429@hotmail.com \n 2012-11-29 11:52 mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:52 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-30@rpost.net> Queued mail for delivery 11:52:52 <<< QUIT\n 2012-11-29 11:52:52 >>> 221 BAY0-MC1-F9.Bay0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:52 closed mx3.hotmail.com (65.54.188.72) in=736 ou 11-29 11:52:52 done hotmail.com/mta1

2012-11-29 11:52:51 starting hotmail.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to mx2.hotmail.com (65.54.188.72)\n 2012-11-29 11:52:51 connected from 6 \n 2012-11-29 11:52:51 >>> 220 BAY0-MC1-F26.Bay0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:51 -0800 \n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-BAY0-MC1-F26.Bay0.hc (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 36909875\n 2012-11-29 11:52:51 >>> 250-PIPELINING\n 2012-11-29 11:52:51 >>> 250-8bitmime\n 2012-11-29 11:52:51 >>> 2 BINARYMIME\n 2012-11-29 11:52:51 >>> 250-CHUNKING\n 2012-11-29 11:52:51 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:51 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:51 >>> 250 OK\n 201 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-31@rpost.net> BODY=7BIT\n 2012-11-29 11:52:51 <<< RCPT TO:<zhiyi120@hotmail.com>\n 2012-11-29 11:52:51 < 11-29 11:52:51 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-31@rpost.net....Sender OK\n 2012-11-29 11:52:51 >>> 250 zhiyi120@hotmail.com \n 2012-11-29 11:52:51 >>> 3 input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:51 <<< .\n 2012-11-29 11:52:51 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-31@rpost.net> Queued mail for delivery\n 20 <<< QUIT\n 2012-11-29 11:52:51 >>> 221 BAY0-MC1-F26.Bay0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:51 closed mx2.hotmail.com (65.54.188.72) in=738 out=70871 11:52:51 done hotmail.com/mta1

2012-11-29 11:52:51 starting stark-stark.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to starkstark-com01c.mail.eo.outlook.com (65.55.88.22)\n 2012-11-29 11 from 64.70.1.107:53733\n 2012-11-29 11:52:51 >>> 220 TX2EHSMHS036.bigfish.com Microsoft ESMTP MAIL Service ready at Thu, 29 Nov 2012 19:52:50 +0000\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-TX2EHSMHS036.bigfish.com Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 157286400\n 2012-11-29 11:52:51 >>> 250-PIPELINING\ 11:52:51 >>> 250-ENHANCEDSTATUSCODES\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-AUTH\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52: BINARYMIME\n 2012-11-29 11:52:51 >>> 250 CHUNKING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-32@rpost.net> BODY=7BIT\n 201: <<< RCPT TO:<chilliard@stark-stark.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:51 >>> 250 2.1.0 Sender OK\n 2012-11-29 11:52:51 >>> 250 2.1.5 Recipient OK\n 2012-11-29 11 Start mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:53 <<< .\n 2012-11-29 11:52:53 >>> 250 2.6.0 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-32@rpost.net> [InternalId=12 mail for delivery\n 2012-11-29 11:52:53 <<< QUIT\n 2012-11-29 11:52:53 >>> 221 2.0.0 Service closing transmission channel\n 2012-11-29 11:52:53 closed starkstark-com01c.mail.eo.outlook.com ( in=532 out=708875\n 2012-11-29 11:52:53 done stark-stark.com/mta1

2012-11-29 11:52:51 starting stark-stark.com/mta1\n 2012-11-29 11:52:51 connecting from mta1.la1.rpost.net (64.70.1.107) to starkstark-com01c.mail.eo.outlook.com (65.55.88.22)\n 2012-11-29 11 from 64.70.1.107:40412\n 2012-11-29 11:52:51 >>> 220 TX2EHSMHS036.bigfish.com Microsoft ESMTP MAIL Service ready at Thu, 29 Nov 2012 19:52:50 +0000\n 2012-11-29 11:52:51 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:51 >>> 250-TX2EHSMHS036.bigfish.com Hello [64.70.1.107]\n 2012-11-29 11:52:51 >>> 250-SIZE 157286400\n 2012-11-29 11:52:51 >>> 250-PIPELINING\ 11:52:51 >>> 250-ENHANCEDSTATUSCODES\n 2012-11-29 11:52:51 >>> 250-STARTTLS\n 2012-11-29 11:52:51 >>> 250-AUTH\n 2012-11-29 11:52:51 >>> 250-8BITMIME\n 2012-11-29 11:52:

BINARYMIME\n 2012-11-29 11:52:51 >>> 250 CHUNKING\n 2012-11-29 11:52:51 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-33@rpost.net> BODY=7BIT\n 2012 <<< RCPT TO:<eparks@stark-stark.com>\n 2012-11-29 11:52:51 <<< DATA\n 2012-11-29 11:52:51 >>> 250 2.1.0 Sender OK\n 2012-11-29 11:52:51 >>> 250 2.1.5 Recipient OK\n 2012-11-29 11:5 Start mail input; end with <CRLF>.<CRLF>\n 2012-11-29 11:52:52 <<< .\n 2012-11-29 11:52:53 >>> 250 2.6.0 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-33@rpost.net> [InternalId=12 mail for delivery\n 2012-11-29 11:52:53 <<< QUIT\n 2012-11-29 11:52:53 >>> 221 2.0.0 Service closing transmission channel\n 2012-11-29 11:52:53 closed starkstark-com01c.mail.eo.outlook.com ( in=532 out=708866\n 2012-11-29 11:52:53 done stark-stark.com/mta1

2012-11-29 11:52:17 starting live.com/mta1\n 2012-11-29 11:52:17 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.136)\n 2012-11-29 11:52:17 connected from 64.70 2012-11-29 11:52:17 >>> 220 SNT0-MC1-F47.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:17 -0800 \n 2012-11-29 11:52:17 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:17 >>> 250-SNT0-MC1-F47.Snt0.ho (3.17.0.73) Hello [64.70.1.107]\n 2012-11-29 11:52:17 >>> 250-SIZE 36909875\n 2012-11-29 11:52:17 >>> 250-PIPELINING\n 2012-11-29 11:52:17 >>> 250-8bitmime\n 2012-11-29 11:52:17 >>> 2 BINARYMIME\n 2012-11-29 11:52:17 >>> 250-CHUNKING\n 2012-11-29 11:52:17 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:17 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:17 >>> 250 OK\n 2012 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-4@rpost.net> BODY=7BIT\n 2012-11-29 11:52:17 <<< RCPT TO:<felix770429@live.com>\n 2012-11-29 11:52:17 <<< 29 11:52:17 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-4@rpost.net....Sender OK\n 2012-11-29 11:52:18 >>> 250 felix770429@live.com \n 2012-11-29 11:52:18 >>> 354 S with <CRLF>.<CRLF>\n 2012-11-29 11:52:18 <<< .\n 2012-11-29 11:52:19 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-4@rpost.net> Queued mail for delivery\n 2012-11-29 1 QUIT\n 2012-11-29 11:52:19 >>> 221 SNT0-MC1-F47.Snt0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:19 closed mx1.hotmail.com (65.55.92.136) in=736 out=708850\n 2 11:52:19 done live.com/mta1

2012-11-29 11:52:17 starting msn.com/mta1\n 2012-11-29 11:52:17 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.hotmail.com (65.55.92.184)\n 2012-11-29 11:52:17 connected from 64.7 2012-11-29 11:52:18 >>> 220 SNT0-MC4-F45.Snt0.hotmail.com Sending unsolicited commercial or bulk e-mail to Microsoft's computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Thu, 29 Nov 2012 11:52:17 -0800 \n 2012-11-29 11:52:18 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:18 >>> 250-SNT0-MC4-F45.Snt0.ho (3.16.0.68) Hello [64.70.1.107]\n 2012-11-29 11:52:18 >>> 250-SIZE 36909875\n 2012-11-29 11:52:18 >>> 250-PIPELINING\n 2012-11-29 11:52:18 >>> 250-8bitmime\n 2012-11-29 11:52:18 >>> 2 BINARYMIME\n 2012-11-29 11:52:18 >>> 250-CHUNKING\n 2012-11-29 11:52:18 >>> 250-AUTH LOGIN\n 2012-11-29 11:52:18 >>> 250-AUTH=LOGIN\n 2012-11-29 11:52:18 >>> 250 OK\n 2012 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-5@rpost.net> BODY=7BIT\n 2012-11-29 11:52:18 <<< RCPT TO:<phoebeperi@msn.com>\n 2012-11-29 11:52:18 <<< 29 11:52:18 >>> 250 rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-5@rpost.net....Sender OK\n 2012-11-29 11:52:18 >>> 250 phoebeperi@msn.com \n 2012-11-29 11:52:18 >>> 354 S end with <CRLF>.<CRLF>\n 2012-11-29 11:52:18 <<< .\n 2012-11-29 11:52:19 >>> 250 <8F64DB65ED8CD7697C390F4DBF205D420E582BCC-5@rpost.net> Queued mail for delivery\n 2012-11-2 QUIT\n 2012-11-29 11:52:19 >>> 221 SNT0-MC4-F45.Snt0.hotmail.com Service closing transmission channel\n 2012-11-29 11:52:19 closed mx1.hotmail.com (65.55.92.184) in=734 out=708844\n 2 11:52:19 done msn.com/mta1

2012-11-29 11:52:18 starting hichina.com/mta1\n 2012-11-29 11:52:18 connecting from mta1.la1.rpost.net (64.70.1.107) to ahmx.hichina.com (110.75.167.90)\n 2012-11-29 11:52:18 connected from 64.70.1.107:48137\n 2012-11-29 11:52:18 >>> 220 mx1.aliyun-inc.com MX AliMail Server(127.0.0.1)\n 2012-11-29 11:52:18 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:19 >>> 250-mx1.aliyu 11-29 11:52:19 >>> 250-8BITMIME\n 2012-11-29 11:52:19 >>> 250-AUTH=PLAIN LOGIN XALIOAUTH\n 2012-11-29 11:52:19 >>> 250-AUTH PLAIN LOGIN XALIOAUTH\n 2012-11-29 11:52:19 >: PIPELINING\n 2012-11-29 11:52:19 >>> 250 DSN\n 2012-11-29 11:52:19 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-6@rpost.net> BODY=7BIT RET=HDRS\n 20 <<< RCPT TO:<transfer@hichina.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2012-11-29 11:52:19 <<< DATA\n 2012-11-29 11:52:19 >>> 250 Mail Ok\n 2012-11-29 11:52:19 >>> 250 Rcpt Ok\r 11:52:19 >>> 354 End data with <CR><LF>.<CR><LF>\n 2012-11-29 11:52:22 <<< .\n 2012-11-29 11:52:23 >>> 250 Data Ok: queued as freedom\n 2012-11-29 11:52:23 <<< QUIT\n 2012-11-29 1 Bye\n 2012-11-29 11:52:23 closed ahmx.hichina.com (110.75.167.90) in=284 out=708888\n 2012-11-29 11:52:23 done hichina.com/mta1

2012-11-29 11:52:20 starting moonlightdress.com/mta1\n 2012-11-29 11:52:20 connecting from mta1.la1.rpost.net (64.70.1.107) to aspmx.l.google.com (173.194.79.26)\n 2012-11-29 11:52:20 conn 64.70.1.107:47353\n 2012-11-29 11:52:20 >>> 220 mx.google.com ESMTP bs8si2040411pab.176\n 2012-11-29 11:52:20 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:21 >>> 250-mx.google.c [64.70.1.107]\n 2012-11-29 11:52:21 >>> 250-SIZE 35882577\n 2012-11-29 11:52:21 >>> 250-8BITMIME\n 2012-11-29 11:52:21 >>> 250-STARTTLS\n 2012-11-29 11:52:21 >>> 250-ENHANCEDS 2012-11-29 11:52:21 >>> 250 PIPELINING\n 2012-11-29 11:52:21 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-7@rpost.net> BODY=7BIT\n 2012-11-29 11:52:21 TO:<account@moonlightdress.com>\n 2012-11-29 11:52:21 <<< DATA\n 2012-11-29 11:52:21 >>> 250 2.1.0 OK bs8si2040411pab.176\n 2012-11-29 11:52:22 >>> 250 2.1.5 OK bs8si2040411pab. 11:52:22 >>> 354 Go ahead bs8si2040411pab.176\n 2012-11-29 11:52:24 <<< .\n 2012-11-29 11:52:25 >>> 250 2.0.0 OK 1354218745 bs8si2040411pab.176\n 2012-11-29 11:52:25 <<< QUIT\n 20 >>> 221 2.0.0 closing connection bs8si2040411pab.176\n 2012-11-29 11:52:25 closed aspmx.l.google.com (173.194.79.26) in=381 out=708868\n 2012-11-29 11:52:25 done moonlightdress.com/mt

2012-11-29 11:52:20 starting moonlightdress.com/mta1\n 2012-11-29 11:52:20 connecting from mta1.la1.rpost.net (64.70.1.107) to aspmx.l.google.com (173.194.79.26)\n 2012-11-29 11:52:20 conn 64.70.1.107:49695\n 2012-11-29 11:52:20 >>> 220 mx.google.com ESMTP xj3si4177024pbc.322\n 2012-11-29 11:52:20 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:21 >>> 250-mx.google.cc [64.70.1.107]\n 2012-11-29 11:52:21 >>> 250-SIZE 35882577\n 2012-11-29 11:52:21 >>> 250-8BITMIME\n 2012-11-29 11:52:21 >>> 250-STARTTLS\n 2012-11-29 11:52:21 >>> 250-ENHANCEDS 2012-11-29 11:52:21 >>> 250 PIPELINING\n 2012-11-29 11:52:21 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-8@rpost.net> BODY=7BIT\n 2012-11-29 11:52:21 TO:<service@moonlightdress.com>\n 2012-11-29 11:52:21 <<< DATA\n 2012-11-29 11:52:21 >>> 250 2.1.0 OK xj3si4177024pbc.322\n 2012-11-29 11:52:22 >>> 250 2.1.5 OK xj3si4177024pbc.32 11:52:22 >>> 354 Go ahead xj3si4177024pbc.322\n 2012-11-29 11:52:25 <<< .\n 2012-11-29 11:52:25 >>> 250 2.0.0 OK 1354218745 xj3si4177024pbc.322\n 2012-11-29 11:52:25 <<< QUIT\n 201. >>> 221 2.0.0 closing connection xj3si4177024pbc.322\n 2012-11-29 11:52:25 closed aspmx.l.google.com (173.194.79.26) in=381 out=708868\n 2012-11-29 11:52:25 done moonlightdress.com/mta

2012-11-29 11:52:48 starting fbridal.com/mta1\n 2012-11-29 11:52:48 connecting from mta1.la1.rpost.net (64.70.1.107) to ASPMX.L.GOOGLE.com (173.194.79.26)\n 2012-11-29 11:52:48 connecte 64.70.1.107:52351\n 2012-11-29 11:52:48 >>> 220 mx.google.com ESMTP s7si3779436pax.239\n 2012-11-29 11:52:48 <<< EHLO mta1.la1.rpost.net\n 2012-11-29 11:52:48 >>> 250-mx.google.co [64.70.1.107]\n 2012-11-29 11:52:48 >>> 250-SIZE 35882577\n 2012-11-29 11:52:48 >>> 250-8BITMIME\n 2012-11-29 11:52:48 >>> 250-STARTTLS\n 2012-11-29 11:52:48 >>> 250-ENHANCEDS 2012-11-29 11:52:48 >>> 250 PIPELINING\n 2012-11-29 11:52:48 <<< MAIL FROM:<rcpt8F64DB65ED8CD7697C390F4DBF205D420E582BCC-9@rpost.net> BODY=7BIT\n 2012-11-29 11:52:48 TO:<support@fbridal.com>\n 2012-11-29 11:52:48 <<< DATA\n 2012-11-29 11:52:48 >>> 250 2.1.0 OK s7si3779436pax.239\n 2012-11-29 11:52:50 >>> 250 2.1.5 OK s7si3779436pax.239\n 2012- >>> 354 Go ahead s7si3779436pax.239\n 2012-11-29 11:52:51 <<< .\n 2012-11-29 11:52:53 >>> 250 2.0.0 OK 1354218773 s7si3779436pax.239\n 2012-11-29 11:52:53 <<< QUIT\n 2012-11-29 11 2.0.0 closing connection s7si3779436pax.239\n 2012-11-29 11:52:53 closed ASPMX.L.GOOGLE.com (173.194.79.26) in=375 out=708847\n 2012-11-29 11:52:53 done fbridal.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost Legal Notice web page.

For more information about RPost services, visit www.rpost.com.    An RPost Service

RcptVer6.0

EXHIBIT B

Exhibit "B"

**PayPal**

12312 Port Grace Blvd
La Vista, NE 68128
p: 402 935 2100

November 27, 2012

**VIA FEDERAL EXPRESS**

Craig S. Hilliard
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648

Re: ABPIA, Inc v. MoncheryBridal.com, et al; 12-709

Dear Craig S. Hilliard,

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of the Temporary Restraining Order ("Order") in the above captioned case. After researching our system for the information contained in the Order, we were able to locate and limit access to the following accounts:

| Name/User | Email Address | Account Balance |
| --- | --- | --- |
| jinsong zhou | zjs1617@hotmail.com | $0.00 |
| Jihong Duan | paymentvipservice@gmail.com | $0.00 |
| Zhou Jiu Lin | chinabridal@hotmail.com | $4,063.55 USD |
| chunxiang hu | felix770429@live.com | $6,798.22 |
| g Zhang | sunrongzhang333@gmail.com | $10,464.12 |
| Lin Yong Gui | eshopbing@gmail.com | 7,623.05 |
| Gongxue Xiong | Xax770429@hotmail.com | $6,136.12 USD |
| Hao Zhang | account@moonlightdress.com | $3.31 |
| Liufeng Zhu | paymentsophia@gmail.com | $25,120.30 |
| aixue xiong | phoebeperi@msn.com | $0.00 |
| Jun Duan | service@moonlightdress.com | $0.00 |
| Jiqing Zhu | weddingdresspayment@gmail.com | $0.00 |
| zhiyi zhang | zhiyi120@hotmail.com | $0.00 |
| Chen Peng | shackspare@hotmail.com | $0.00 |
| Zehua Yi | payment2001@gmail.com | $0.00 |
| serficeli veli | sales@missybridal.com | $0.00 |
| Guang Huai Ye | pamelabridal@gmail.com | $0.00 |

Please note that this does not mean that the Account balances will remain the same or that we can turn the Account balances over at this time. The following actions may reduce these balances:

1. If the user loses a buyer complaint or chargeback, then the amount of that transaction will be debited from the Account balance; or
2. Rather than wait for the outcome of a buyer complaint or chargeback, the user can refund the transaction amount for the buyer complaint or chargeback; or
3. Any other transaction reversals

**PayPal**

11312 Port Grace Blvd
La Vista, NE 68128
ph 402 935 2100

For these reasons, we are holding the Account balances for up to 180 days pursuant to our security interest in these account balances.

So that we can take appropriate action related to the accounts identified above, please notify us immediately if there is any change in status regarding the Order (i.e., whether the Order was extended, whether a further order was entered, or whether the Order expired without the entry of any further restraint with respect to the Accounts). In the event a relevant Order was entered since the entry of the Temporary Restraining Order, please include a copy of the Order with your report.

If we do not receive an additional order permanently restraining the funds at issue or a judgment in your favor in this matter, the funds being held pursuant to our security interest will be released on May 26, 2013 to the accountholders (which is the expiration of the 180 days identified above). Additionally, if the original Order required that PayPal NOT inform the accountholder of the Order, please let us know immediately when that requirement is no longer in effect as it is important that we have the ability to communicate freely with our accountholders.

Should you have any further questions or need any additional information, please feel free to contact me directly by phone at (402) 938-3613 or by fax at (402) 537-5765.

Sincerely,

*Melody Fry*

Melody Fry
Legal Specialist
PayPal, an eBay Company