UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BRIDAL & PROM INDUSTRY ASSOCIATION, INC.; MON CHERI BRIDALS, LLC; PROMGIRL, INC.; MAGGIE SOTTERO DESIGNS, LLC; LA FEMME BOUTIQUE, INC.; BARI-JAY FASHIONS, INC.; ALYCE DESIGNS, INC.; ALLURE BRIDALS, INC.; WATTERS DESIGNS, INC. d/b/a WATTERS & WATTERS, INC.; NEXT CENTURY PRODUCTIONS, INC.; MORI LEE, LLC; EMME BRIDAL, INC.; SIMONE CARVALLI CORP.; BONNY MT ENTERPRISES CO., LTD.; CASABLANCA BRIDALS, INC.; IMPRESSION BRIDAL, INC.; FORMOSA SUNRISE, LLC; ESSENSE OF AUSTRALIA, INC.; EDWARD BERGER, INC.; JOVANI FASHIONS LTD.; LIZZETTE BRODSKY; FRANK DISANTIS; PRECIOUS FORMALS, INC.; COUNTESS CORPORATION; and JORDAN FASHIONS CORP., <br><br>Plaintiffs, <br><br>v. <br><br>MONCHERYBRIDAL.COM; MORILYBRIDAL.COM; MAGGIEBRIDES.COM; HAPPYWEDDINGDRESSES.COM; PHOEBEBRIDAL.COM; VIVIENNEBRIDAL.COM; BIGDAYDRESS.NET; LAFEMMEDRESSESCHEAP.COM; LAFEMMEPROMDRESSESIN2012.COM; LAFEMMEDRESSESOUTLET.COM; MOOREPROMDRESS.COM; MOOREPROMDRESS.ORG; TUTERABRIDAL.COM; WEDDINGDRESSESPRICESALE.COM; FBRIDAL.COM; BEAUTIFULPROMGOWNDRESS.COM; JOHN DOES 1-1,000 and XYZ COMPANIES 1-1,000, <br><br>Defendants. | Civil Action No. 12-7079 (FLW)(LHG) <br><br><br><br><br><br><br><br><br><br>**DECLARATION OF CRAIG S. HILLIARD DEMONSTRATING COMPLIANCE WITH SERVICE TERMS OF AMENDED PRELIMINARY INJUNCTION ORDER** |

1

Craig S. Hilliard, of full age, upon his oath deposes and says:

1. I am an attorney at law admitted to the Bar of this Court, and I am a shareholder of Stark & Stark, P.C. I am counsel to plaintiffs in this action. I make this Declaration in support of plaintiffs' compliance with the terms of the Amended Preliminary Injunction Order entered on January 14, 2013 (the "Order).

2. The Order directed me to serve a copy of the Order by registered electronic mail on or before January 15, 2013, on the Defendants at the e-mail addresses listed in the Order.

3. The Defendants were served by registered electronic mail on January 15, 2013. A copy of the registered receipt for all of the electronic mailings is attached hereto as Exhibit "A". Only one e-mail was unconfirmed as of this date, for Defendant, www.maggiebrides.com. The e-mail address is sales@maggiebrides.com. I will continue to attempt to serve at this address, and to attempt to locate an alternative e-mail address for this Defendant.

4. I declare under penalty of perjury that the foregoing is true and correct.

                                                    s/Craig S. Hilliard
                                                   CRAIG S. HILLIARD

Dated: January 16, 2013

EXHIBIT A

Exhibit "A"

# Evella Parks

| | |
|---|---|
| **From:** | Receipt [receipt@rpost.net] |
| **Sent:** | Tuesday, January 15, 2013 12:50 PM |
| **To:** | Evella Parks |
| **Subject:** | Receipt: ABPIA Inc. v. MoncheryBridal.com et al.; Civil Action No. 12-7079 (Delivery Failure) |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |



**REGISTERED RECEIPT™**
**EVIDENCE OF REGISTERED E-MAIL® TRANSACTION**

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| Support@fbridal.com | Delivered to Mailserver | 250 2.0.0 OK 1358264591 m9si18344801pav.164 ASPMX.L.GOOGLE.com (74.125.141.26) | 1/15/2013 3:43:11 PM (UTC) | 1/15/2013 7:43:11 AM(-800) | |
| Zhiyi120@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 1/15/2013 3:43:12 PM (UTC) | 1/15/2013 7:43:12 AM(-800) | |
| Xax770429@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx4.hotmail.com (65.54.188.72) | 1/15/2013 3:47:17 PM (UTC) | 1/15/2013 7:47:17 AM(-800) | |
| Transfer@hichina.com | Delivered to Mailserver | 250 Data Ok: queued as freedom mxn.mxhichina.com (42.121.103.105) | 1/15/2013 3:43:18 PM (UTC) | 1/15/2013 7:43:18 AM(-800) | |
| chilliard@stark-stark.com | Delivered and Opened | MUA | 1/15/2013 3:43:14 PM (UTC) | 1/15/2013 7:43:14 AM(-800) | 1/15/2013 7:58:27 AM(-800) |
| eparks@stark-stark.com | Delivered and Opened | HTTP-IP:10.1.1.83 | 1/15/2013 3:43:14 PM (UTC) | 1/15/2013 7:43:14 AM(-800) | 1/15/2013 8:13:20 AM(-800) |
| Account@moonlightdress.com | Delivered to Mailserver | 250 2.0.0 OK 1358264596 y9si18341206paw.188 aspmx.l.google.com (74.125.141.27) | 1/15/2013 3:43:16 PM (UTC) | 1/15/2013 7:43:16 AM(-800) | |
| Wangbing263752@hotmail.com | Delivered to Mailserver | 250 Queued mail for delivery mx3.hotmail.com (65.55.92.168) | 1/15/2013 3:43:17 PM (UTC) | 1/15/2013 7:43:17 AM(-800) | |
| Happybridal@hotmail.com | Delivered and Opened | HTTP-IP:49.94.22.239 | 1/15/2013 3:47:16 PM (UTC) | 1/15/2013 7:47:16 AM(-800) | 1/15/2013 8:01:02 AM(-800) |
| Shackspare@hotmail.com | Delivered and Opened | HTTP-IP:65.55.237.121 | 1/15/2013 3:43:12 PM (UTC) | 1/15/2013 7:43:12 AM(-800) | 1/15/2013 8:13:57 AM(-800) |
| ZJS1617@hotmail.com | Delivered and Opened | HTTP-IP:112.81.13.77 | 1/15/2013 3:47:15 PM (UTC) | 1/15/2013 7:47:15 AM(-800) | 1/15/2013 7:55:59 AM(-800) |
| Chinabridal@hotmail.com | Delivered and Opened | HTTP-IP:112.81.13.77 | 1/15/2013 3:47:17 PM (UTC) | 1/15/2013 7:47:17 AM(-800) | 1/15/2013 7:52:45 AM(-800) |
| Service@moonlightdress.com | Delivered to Mailserver | 250 2.0.0 OK 1358264595 rg4si18060536pbc.113 aspmx.l.google.com (74.125.141.27) | 1/15/2013 3:43:15 PM (UTC) | 1/15/2013 7:43:15 AM(-800) | |

1

| | | | | | |
|---|---|---|---|---|---|
| Sales@missybridal.com | Delivery Failed | bad-domain | *** | *** | |
| Sales@maggiebrides.com | Delivery Failed | routing-errors | *** | *** | |
| Seabridal.com@protecteddomainservices.com | Delivered to MailBox | was delivered | 1/15/2013 3:43:14 PM (UTC) | 1/15/2013 7:43:14 AM(-800) | |
| Phoebeperi@msn.com | Delivered to Mailserver | 250 Queued mail for delivery mx1.hotmail.com (65.54.188.72) | 1/15/2013 3:43:11 PM (UTC) | 1/15/2013 7:43:11 AM(-800) | |
| Felix770429@live.com | Delivered to Mailserver | 250 Queued mail for delivery mx1.hotmail.com (65.54.188.72) | 1/15/2013 3:43:12 PM (UTC) | 1/15/2013 7:43:12 AM(-800) | |
| Moncherybridal@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264842 d3si18353432paw.186 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:22 PM (UTC) | 1/15/2013 7:47:22 AM(-800) | |
| Web.fall.site@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264839 uq10si18052923pbc.227 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:19 PM (UTC) | 1/15/2013 7:47:19 AM(-800) | |
| Bigdaydress@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264842 g10si18346162pay.230 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:22 PM (UTC) | 1/15/2013 7:47:22 AM(-800) | |
| LaFemmedressescheap@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264843 s7si18385535pax.7 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:23 PM (UTC) | 1/15/2013 7:47:23 AM(-800) | |
| LaFemmepromdresses2012@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264598 bf6si4179608pab.54 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:43:18 PM (UTC) | 1/15/2013 7:43:18 AM(-800) | |
| LaFemmedressesoutlet@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264841 yl9si18088910pbc.2 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:21 PM (UTC) | 1/15/2013 7:47:21 AM(-800) | |
| Usapromdress@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264839 px7si18077593pbb.80 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:19 PM (UTC) | 1/15/2013 7:47:19 AM(-800) | |
| Weddingdressesonlinesale@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264841 ko4si18068971pbc.136 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:21 PM (UTC) | 1/15/2013 7:47:21 AM(-800) | |
| Paymentvipservice@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264838 ak3si18085486pbd.35 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:18 PM (UTC) | 1/15/2013 7:47:18 AM(-800) | |
| Sunrongzhang333@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264842 px7si18039733pbb.290 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:22 PM (UTC) | 1/15/2013 7:47:22 AM(-800) | |
| eShopbing@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264838 d3si18385320paw.12 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:18 PM (UTC) | 1/15/2013 7:47:18 AM(-800) | |
| Paymentsophia@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264840 ax10si18034836pbd.314 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:20 PM (UTC) | 1/15/2013 7:47:20 AM(-800) | |
| Weddingdresspayment@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264841 rr6si18029659pbc.341 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:21 PM (UTC) | 1/15/2013 7:47:21 AM(-800) | |
| Payment2001@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264840 zn8si18072579pbc.112 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:20 PM (UTC) | 1/15/2013 7:47:20 AM(-800) | |

| Pamelabridal@gmail.com | Delivered to Mailserver | 250 2.0.0 OK 1358264840 c9si18332896pax.307 gmail-smtp-in.l.google.com (74.125.25.26) | 1/15/2013 3:47:20 PM (UTC) | 1/15/2013 7:47:20 AM(-800) | |

*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| From: | Evella Parks<eparks@stark-stark.com> |
| Subject: | ABPIA, Inc. v. MoncheryBridal.com, et al.; Civil Action No. 12-7079 (Delivery Failure) |
| To: | <Support@fbridal.com><br><Zhiyi120@hotmail.com><br><Xax770429@hotmail.com><br><Transfer@hichina.com><br><Account@moonlightdress.com><br><Wangbing263752@hotmail.com><br><Happybridal@hotmail.com><br><Shackspare@hotmail.com><br><ZJS1617@hotmail.com><br><Chinabridal@hotmail.com><br><Service@moonlightdress.com><br><Sales@missybridal.com><br><Sales@maggiebrides.com><br><Seabridal.com@protecteddomainservices.com><br><Phoebeperi@msn.com><br><Felix770429@live.com><br><Moncherybridal@gmail.com><br><Web.fall.site@gmail.com><br><Bigdaydress@gmail.com><br><LaFemmedressescheap@gmail.com><br><LaFemmepromdresses2012@gmail.com><br><LaFemmedressesoutlet@gmail.com><br><Usapromdress@gmail.com><br><Weddingdressesonlinesale@gmail.com><br><Paymentvipservice@gmail.com><br><Sunrongzhang333@gmail.com><br><eShopbing@gmail.com><br><Paymentsophia@gmail.com><br><Weddingdresspayment@gmail.com><br><Payment2001@gmail.com><br><Pamelabridal@gmail.com> |
| Cc: | <chilliard@stark-stark.com><br><eparks@stark-stark.com> |
| Bcc: | |
| Network ID: | <5B7991E798617DC3E5BCBF527915F1AA19933117@mailplus2.la1.rpos |
| Received: | 1/15/2013 3:43:12 PM(UTC) -480 |
| Client Code: | |

| Message Statistics | |
|---|---|
| Message ID: | CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0 |
| Message Size: | 622566 |
| Additional Notes: | None |
| File Name: | File Size (bytes) |
| Amended Preliminary Injunction Order 1-14-13.pdf | 451430 |

| Delivery Audit Trail |
|---|
| From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. You destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may from other systems. The mail system : delivery via local: alias expanded |

3

From:opendetection@rpost.net:From:MAILER-DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.pro successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further not notifications of mail delivery errors from other systems. The mail system : delivery via local: alias expanded**Opened from IP 49** Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-CN Host: open.rpost.net User-Agent: Mozil Trident/5.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) /LM/ 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA64 15_F28F253952157F877B4F77D8084C889E4608F29C/rpost.gif\n 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rp IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-CN\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Tri CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2)

From:opendetection@rpost.net:From:opendetection@rpost.net:From:MAILER-DAEMON@mx1.protecteddomainservices.com: mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. If the message further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : c **IP 49.94.22.239** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Trident/5.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CL /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-15_F28F253952157F 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/* (compatible; MSIE 7.0; Windows NT 6.1; Trident/5.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CLR 3.0.3072 **from IP 65.55.237.121** \n ---- Connection: Close Content-Length: 0 Accept-Language: zh-cn,zh,en Host: open.rpost.net User-/ cn; MI-ONE C1 Build/GINGERBREAD) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/533.1 /LM/W3SVC/ CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA 16_EA440D1BBA04A6D84DD9326D9646EEEDE372299E/rpost.gif\n 65.55.237.12165.55.237.12153691GET\n /rpost.aspxop IIS/7.5/rpost.aspxClose\n 0zh-cn,zh,enopen.rpost.netMozilla/5.0 (Linux; U; Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBR Version/4.0 Mobile Safari/533.1

From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.net:From:MAILER-DAEMON@mx at host mx1.protecteddomainservices.com. Your message was successfully delivered to the destination(s) listed below. If the n receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The ma expanded**Opened from IP 49.94.22.239** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, c open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Trident/5.0; SLCC2; .NET CLR 2.0.50727; .NI Center PC 6.0; InfoPath.2) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rp Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-15_F28F253952157F 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/* (compatible; MSIE 7.0; Windows NT 6.1; Trident/5.0; SLCC2; .NET CLR 2.0.50727; .NET CLR 3.5.30729; .NET CLR 3.0.3072 **from IP 65.55.237.121** \n ---- Connection: Close Content-Length: 0 Accept-Language: zh-cn,zh,en Host: open.rpost.net User-/ cn; MI-ONE C1 Build/GINGERBREAD) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/533.1 /LM/W3SVC/ CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA 16_EA440D1BBA04A6D84DD9326D9646EEEDE372299E/rpost.gif\n 65.55.237.12165.55.237.12153691GET\n /rpost.aspxop IIS/7.5/rpost.aspxClose\n 0zh-cn,zh,enopen.rpost.netMozilla/5.0 (Linux; U; Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBR Version/4.0 Mobile Safari/533.1**Opened from IP 112.81.13.77** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Ac zh-cn Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CL Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0- 17_DBDD5D0B61BDE3648F5DB0C4BE6B144C215B028C/rpost.gif\n 112.81.13.77112.81.13.771791GET\n /rpost.aspxopen. IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQI

From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.ne DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive n systems. The mail system : delivery via local: alias expanded**Opened from IP 49.94.22.239** \n ---- Connection: Keep-Alive Cor gzip, deflate Accept-Language: zh-CN Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; T CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\r 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035600 15_F28F253952157F877B4F77D8084C889E4608F29C/rpost.gif\n 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rp IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-CN\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Tri CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2)**Opened from IP 65.55.237.121** \n ---- Connection: Clc cn,zh,en Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) App Version/4.0 Mobile Safari/533.1 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.8 Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-16_EA440D1BBA04/ 65.55.237.12165.55.237.12153691GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxClose\n 0zh-cn Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/5

Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpos 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CC 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB2394103560 17_DBDD5D0B61BDE3648F5DB0C4BE6B144C215B028C/rpost.gif\n 112.81.13.77112.81.13.771791GET\n /rpost.aspxopen. IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQI 2.0.50727)**Opened from IP 112.81.13.77** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727 \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-18_84E0E60B93515 112.81.13.77112.81.13.771594GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*g: (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727)

From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.ne DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive n systems. The mail system : delivery via local: alias expanded**Opened from IP 49.94.22.239** \n ---- Connection: Keep-Alive Cor gzip, deflate Accept-Language: zh-CN Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; T CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\r 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB2394103560 15_F28F253952157F877B4F77D8084C889E4608F29C/rpost.gif\n 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rp IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-CN\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Tric CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2)**Opened from IP 65.55.237.121** \n ---- Connection: Clc cn,zh,en Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) App Version/4.0 Mobile Safari/533.1 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.8 Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-16_EA440D1BBA04/ 65.55.237.12165.55.237.12153691GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxClose\n 0zh-cn Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/5 Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpos 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CC 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB2394103560 17_DBDD5D0B61BDE3648F5DB0C4BE6B144C215B028C/rpost.gif\n 112.81.13.77112.81.13.771791GET\n /rpost.aspxopen. IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQI 2.0.50727)**Opened from IP 112.81.13.77** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727 \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-18_84E0E60B93515 112.81.13.77112.81.13.771594GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*g: (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727)**Opened from IP 10.1.1.83** \n ---- Cacl alive Via: 1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate (compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.: .NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB2394103560 4_686CAF37F54C5260679853741D7D26465253D07E/rpost.gif\n 173.71.64.210173.71.64.21029432GET\n /rpost.aspxopen.r IIS/7.5/rpost.aspxmax-age=259200\n keep-alive1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0*/*\n gzip, deflateopen MS...[TRUNCATED]

From:"Craig Hilliard" :From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.net:From:opendetection@rpost.ne DAEMON@mx1.protecteddomainservices.com:he mail system at host mx1.protecteddomainservices.com. Your message was listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive n systems. The mail system : delivery via local: alias expanded**Opened from IP 49.94.22.239** \n ---- Connection: Keep-Alive Cor gzip, deflate Accept-Language: zh-CN Host: open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; T CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\r 64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB2394103560 15_F28F253952157F877B4F77D8084C889E4608F29C/rpost.gif\n 49.94.22.23949.94.22.23954425GET\n /rpost.aspxopen.rp IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-CN\n open.rpost.netMozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.1; Tric CLR 3.5.30729; .NET CLR 3.0.30729; Media Center PC 6.0; InfoPath.2)**Opened from IP 65.55.237.121** \n ---- Connection: Clc cn,zh,en Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) App Version/4.0 Mobile Safari/533.1 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.8 Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-16_EA440D1BBA04/ 65.55.237.12165.55.237.12153691GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxClose\n 0zh-cn Android 2.3.5; zh-cn; MI-ONE C1 Build/GINGERBREAD) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/5

Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate Accept-Language: zh-cn Host: open.rpos
6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CC
64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035600
17_DBDD5D0B61BDE3648F5DB0C4BE6B144C215B028C/rpost.gif\n 112.81.13.77112.81.13.771791GET\n /rpost.aspxopen.
IIS/7.5/rpost.aspxKeep-Alive\n 0*/*gzip, deflatezh-cn\n open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQI
2.0.50727)**Opened from IP 112.81.13.77** \n ---- Connection: Keep-Alive Content-Length: 0 Accept: */* Accept-Encoding: gzip,
open.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727
\n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 64.70.1.89/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-18_84E0E60B93515
112.81.13.77112.81.13.771594GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxKeep-Alive\n 0*/*g:
(compatible; MSIE 6.0; Windows NT 5.1; QQDownload 718; SV1; .NET CLR 2.0.50727)**Opened from IP 10.1.1.83** \n ---- Cacl
alive Via: 1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1) Content-Length: 0 Accept: */* Accept-Encoding: gzip, deflate
(compatible; MSIE 7.0; Windows NT 5.1; Trident/4.0; GTB7.4; .NET CLR 1.1.4322; .NET CLR 2.0.50727; .NET CLR 3.0.4506.
.NET4.0E; MSOffice 12) CUDA_CLIIP: 10.1.1.83 X-Forwarded-For: 10.1.1.83 /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n
64.70.1.89/rpost.aspxE:\Open Detection\rpost.aspx404;http://open.rpost.net:80/CC9DEA646EA0BDFD5AC6B2EB23941035600
4_686CAF37F54C5260679853741D7D26465253D07E/rpost.gif\n 173.71.64.210173.71.64.21029432GET\n /rpost.aspxopen.r
IIS/7.5/rpost.aspxmax-age=259200\n keep-alive1.1 barracuda.stark-stark.com (http_scan_byf/3.1.12.1)0*/*\n gzip...[TRUNCAT

2013-01-15 07:43:07 starting fbridal.com/mta1\n 2013-01-15 07:43:07 connecting from mta1.la1.rpost.net (64.70.1.107) to ASI
01-15 07:43:07 connected from 64.70.1.107:44818\n 2013-01-15 07:43:07 >>> 220 mx.google.com ESMTP m9si18344801pa\
mta1.la1.rpost.net\n 2013-01-15 07:43:07 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:43:07 >>> 2
250-8BITMIME\n 2013-01-15 07:43:07 >>> 250-STARTTLS\n 2013-01-15 07:43:07 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:43:07 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-1@rpost.net> BODY=7BI
TO:<Support@fbridal.com>\n 2013-01-15 07:43:07 <<< DATA\n 2013-01-15 07:43:07 >>> 250 2.1.0 OK m9si18344801pav.1€
m9si18344801pav.164\n 2013-01-15 07:43:08 >>> 354 Go ahead m9si18344801pav.164\n 2013-01-15 07:43:10 <<< .\n 2013
m9si18344801pav.164\n 2013-01-15 07:43:11 <<< QUIT\n 2013-01-15 07:43:11 >>> 221 2.0.0 closing connection m9si18344
ASPMX.L.GOOGLE.com (74.125.141.26) in=381 out=625908\n 2013-01-15 07:43:11 done fbridal.com/mta1

2013-01-15 07:43:10 starting msn.com/mta1\n 2013-01-15 07:43:10 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.l
07:43:10 connected from 64.70.1.107:59716\n 2013-01-15 07:43:10 >>> 220 BAY0-MC1-F45.Bay0.hotmail.com Sending unsc
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:10 >>> 250-BAY0-MC1-F45.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:43:10 >>> 250-PIPELINING\n 2013-01-15 07:43:10 >>> 250-8bitmime\n 2013-01-15 07:43:10 >>>
250-CHUNKING\n 2013-01-15 07:43:10 >>> 250-AUTH LOGIN\n 2013-01-15 07:43:10 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-10@rpost.net> BODY=7BIT\n 2013-01-15 07:4
2013-01-15 07:43:10 <<< DATA\n 2013-01-15 07:43:10 >>> 250 rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-1
07:43:10 >>> 250 Phoebeperi@msn.com \n 2013-01-15 07:43:10 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013-
>>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-10@rpost.net> Queued mail for delivery\n 2013-01-15 07:4:
BAY0-MC1-F45.Bay0.hotmail.com Service closing transmission channel\n 2013-01-15 07:43:11 closed mx1.hotmail.com (65.5
07:43:11 done msn.com/mta1

2013-01-15 07:43:11 starting live.com/mta1\n 2013-01-15 07:43:11 connecting from mta1.la1.rpost.net (64.70.1.107) to mx1.h
07:43:11 connected from 64.70.1.107:55260\n 2013-01-15 07:43:11 >>> 220 BAY0-MC1-F28.Bay0.hotmail.com Sending unsc
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:11 >>> 250-BAY0-MC1-F28.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:43:11 >>> 250-PIPELINING\n 2013-01-15 07:43:11 >>> 250-8bitmime\n 2013-01-15 07:43:11 >>>
250-CHUNKING\n 2013-01-15 07:43:11 >>> 250-AUTH LOGIN\n 2013-01-15 07:43:11 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-11@rpost.net> BODY=7BIT\n 2013-01-15 07:4
2013-01-15 07:43:11 <<< DATA\n 2013-01-15 07:43:11 >>> 250 rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-1
07:43:11 >>> 250 Felix770429@live.com \n 2013-01-15 07:43:11 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013-
>>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-11@rpost.net> Queued mail for delivery\n 2013-01-15 07:4:
BAY0-MC1-F28.Bay0.hotmail.com Service closing transmission channel\n 2013-01-15 07:43:12 closed mx1.hotmail.com (65.5
07:43:12 done live.com/mta1

2013-01-15 07:43:12 starting hotmail.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.107) to m)
07:43:12 connected from 64.70.1.107:34254\n 2013-01-15 07:43:12 >>> 220 BAY0-MC1-F30.Bay0.hotmail.com Sending unsc
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 250-BAY0-MC1-F30.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:43:12 >>> 250-PIPELINING\n 2013-01-15 07:43:12 >>> 250-8bitmime\n 2013-01-15 07:43:12 >>>
250-CHUNKING\n 2013-01-15 07:43:12 >>> 250-AUTH LOGIN\n 2013-01-15 07:43:12 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-12@rpost.net> BODY=7BIT\n 2013-01-15 07:4
2013-01-15 07:43:12 <<< DATA\n 2013-01-15 07:43:12 >>> 250 rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-1
07:43:12 >>> 250 Zhiyi120@hotmail.com \n 2013-01-15 07:43:12 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013-

>>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-12@rpost.net> Queued mail for delivery\n 2013-01-15 07:4:
BAY0-MC1-F30.Bay0.hotmail.com Service closing transmission channel\n 2013-01-15 07:43:12 closed mx4.hotmail.com (65.5
07:43:12 done hotmail.com/mta1

2013-01-15 07:47:17 starting hotmail.com/mta1\n 2013-01-15 07:47:17 connecting from mta1.la1.rpost.net (64.70.1.107) to m:
07:47:17 connected from 64.70.1.107:57262\n 2013-01-15 07:47:17 >>> 220 BAY0-MC1-F25.Bay0.hotmail.com Sending unso
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:17 >>> 250-BAY0-MC1-F25.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:47:17 >>> 250-PIPELINING\n 2013-01-15 07:47:17 >>> 250-8bitmime\n 2013-01-15 07:47:17 >>>
250-CHUNKING\n 2013-01-15 07:47:17 >>> 250-AUTH LOGIN\n 2013-01-15 07:47:17 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-13@rpost.net> BODY=7BIT\n 2013-01-15 07:4
TO:<Xax770429@hotmail.com>\n 2013-01-15 07:47:17 <<< DATA\n 2013-01-15 07:47:17 >>> 250 rcptCC9DEA646EA0BDFI
13@rpost.net....Sender OK\n 2013-01-15 07:47:17 >>> 250 Xax770429@hotmail.com \n 2013-01-15 07:47:17 >>> 354 Start r
15 07:47:17 <<< .\n 2013-01-15 07:47:17 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-13@rpost.net> Q
<<< QUIT\n 2013-01-15 07:47:18 >>> 221 BAY0-MC1-F25.Bay0.hotmail.com Service closing transmission channel\n 2013-01
(65.54.188.72) in=739 out=625777\n 2013-01-15 07:47:18 done hotmail.com/mta1

2013-01-15 07:43:12 starting hotmail.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.107) to m:
07:43:12 connected from 64.70.1.107:57499\n 2013-01-15 07:43:16 >>> 220 SNT0-MC3-F39.Snt0.hotmail.com Sending unso
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:16 >>> 250-SNT0-MC3-F39.Snt0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:43:16 >>> 250-PIPELINING\n 2013-01-15 07:43:16 >>> 250-8bitmime\n 2013-01-15 07:43:16 >>>
250-CHUNKING\n 2013-01-15 07:43:16 >>> 250-AUTH LOGIN\n 2013-01-15 07:43:16 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-14@rpost.net> BODY=7BIT\n 2013-01-15 07:4
TO:<Wangbing263752@hotmail.com>\n 2013-01-15 07:43:16 <<< DATA\n 2013-01-15 07:43:16 >>> 250 rcptCC9DEA646EA
14@rpost.net....Sender OK\n 2013-01-15 07:43:16 >>> 250 Wangbing263752@hotmail.com \n 2013-01-15 07:43:16 >>> 354
2013-01-15 07:43:16 <<< .\n 2013-01-15 07:43:17 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-14@rpos
07:43:17 <<< QUIT\n 2013-01-15 07:43:17 >>> 221 SNT0-MC3-F39.Snt0.hotmail.com Service closing transmission channel\n
(65.55.92.168) in=744 out=625792\n 2013-01-15 07:43:17 done hotmail.com/mta1

2013-01-15 07:47:14 starting hotmail.com/mta1\n 2013-01-15 07:47:14 connecting from mta1.la1.rpost.net (64.70.1.107) to m:
07:47:14 connected from 64.70.1.107:36168\n 2013-01-15 07:47:14 >>> 220 SNT0-MC2-F23.Snt0.hotmail.com Sending unso
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:14 >>> 250-SNT0-MC2-F23.Snt0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:47:14 >>> 250-PIPELINING\n 2013-01-15 07:47:14 >>> 250-8bitmime\n 2013-01-15 07:47:14 >>>
250-CHUNKING\n 2013-01-15 07:47:14 >>> 250-AUTH LOGIN\n 2013-01-15 07:47:14 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-15@rpost.net> BODY=7BIT\n 2013-01-15 07:4
TO:<Happybridal@hotmail.com>\n 2013-01-15 07:47:14 <<< DATA\n 2013-01-15 07:47:14 >>> 250 rcptCC9DEA646EA0BDF
15@rpost.net....Sender OK\n 2013-01-15 07:47:15 >>> 250 Happybridal@hotmail.com \n 2013-01-15 07:47:15 >>> 354 Start
01-15 07:47:15 <<< .\n 2013-01-15 07:47:16 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-15@rpost.net>
07:47:16 <<< QUIT\n 2013-01-15 07:47:16 >>> 221 SNT0-MC2-F23.Snt0.hotmail.com Service closing transmission channel\n
(65.55.92.152) in=741 out=625783\n 2013-01-15 07:47:16 done hotmail.com/mta1

2013-01-15 07:43:12 starting hotmail.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.107) to m:
07:43:12 connected from 64.70.1.107:33240\n 2013-01-15 07:43:12 >>> 220 BAY0-MC1-F41.Bay0.hotmail.com Sending unso
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 250-BAY0-MC1-F41.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:43:12 >>> 250-PIPELINING\n 2013-01-15 07:43:12 >>> 250-8bitmime\n 2013-01-15 07:43:12 >>>
250-CHUNKING\n 2013-01-15 07:43:12 >>> 250-AUTH LOGIN\n 2013-01-15 07:43:12 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-16@rpost.net> BODY=7BIT\n 2013-01-15 07:4
TO:<Shackspare@hotmail.com>\n 2013-01-15 07:43:12 <<< DATA\n 2013-01-15 07:43:12 >>> 250 rcptCC9DEA646EA0BDF
16@rpost.net....Sender OK\n 2013-01-15 07:43:12 >>> 250 Shackspare@hotmail.com \n 2013-01-15 07:43:12 >>> 354 Start
01-15 07:43:12 <<< .\n 2013-01-15 07:43:12 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-16@rpost.net>
07:43:12 <<< QUIT\n 2013-01-15 07:43:12 >>> 221 BAY0-MC1-F41.Bay0.hotmail.com Service closing transmission channel\r
(65.54.188.72) in=740 out=625780\n 2013-01-15 07:43:12 done hotmail.com/mta1

2013-01-15 07:47:14 starting hotmail.com/mta1\n 2013-01-15 07:47:14 connecting from mta1.la1.rpost.net (64.70.1.107) to m:
07:47:14 connected from 64.70.1.107:36132\n 2013-01-15 07:47:14 >>> 220 SNT0-MC3-F29.Snt0.hotmail.com Sending unso
computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan
<<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:14 >>> 250-SNT0-MC3-F29.Snt0.hotmail.com (3.17.0.77) Hello [64.70.1.10
36909875\n 2013-01-15 07:47:14 >>> 250-PIPELINING\n 2013-01-15 07:47:14 >>> 250-8bitmime\n 2013-01-15 07:47:14 >>>
250-CHUNKING\n 2013-01-15 07:47:14 >>> 250-AUTH LOGIN\n 2013-01-15 07:47:14 >>> 250-AUTH=LOGIN\n 2013-01-15
<<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-17@rpost.net> BODY=7BIT\n 2013-01-15 07:4

2013-01-15 07:47:14 <<< DATA\n 2013-01-15 07:47:14 >>> 250 rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-1 07:47:14 >>> 250 ZJS1617@hotmail.com \n 2013-01-15 07:47:14 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2013 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-17@rpost.net> Queued mail for delivery\n 2013-01-15 07:47 SNT0-MC3-F29.Snt0.hotmail.com Service closing transmission channel\n 2013-01-15 07:47:15 closed mx3.hotmail.com (65.5 07:47:15 done hotmail.com/mta1

2013-01-15 07:47:16 starting hotmail.com/mta1\n 2013-01-15 07:47:16 connecting from mta1.la1.rpost.net (64.70.1.107) to mx 07:47:16 connected from 64.70.1.107:58670\n 2013-01-15 07:47:16 >>> 220 BAY0-MC1-F43.Bay0.hotmail.com Sending unsc computer network is prohibited. Other restrictions are found at http://privacy.microsoft.com/en-us/anti-spam.mspx. Tue, 15 Jan <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:16 >>> 250-BAY0-MC1-F43.Bay0.hotmail.com (3.17.0.77) Hello [64.70.1.10 36909875\n 2013-01-15 07:47:16 >>> 250-PIPELINING\n 2013-01-15 07:47:16 >>> 250-8bitmime\n 2013-01-15 07:47:16 >>> 250-CHUNKING\n 2013-01-15 07:47:16 >>> 250-AUTH LOGIN\n 2013-01-15 07:47:16 >>> 250-AUTH=LOGIN\n 2013-01-15 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-18@rpost.net> BODY=7BIT\n 2013-01-15 07:4 TO:<Chinabridal@hotmail.com>\n 2013-01-15 07:47:16 <<< DATA\n 2013-01-15 07:47:16 >>> 250 rcptCC9DEA646EA0BDFI 18@rpost.net....Sender OK\n 2013-01-15 07:47:16 >>> 250 Chinabridal@hotmail.com \n 2013-01-15 07:47:16 >>> 354 Start r 15 07:47:17 <<< .\n 2013-01-15 07:47:17 >>> 250 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-18@rpost.net> Q <<< QUIT\n 2013-01-15 07:47:17 >>> 221 BAY0-MC1-F43.Bay0.hotmail.com Service closing transmission channel\n 2013-01 (65.54.188.72) in=741 out=625783\n 2013-01-15 07:47:17 done hotmail.com/mta1

2013-01-15 07:47:17 starting gmail.com/mta1\n 2013-01-15 07:47:17 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:17 connected from 64.70.1.107:34968\n 2013-01-15 07:47:18 >>> 220 mx.google.com ESMTP d3si18353432paw mta1.la1.rpost.net\n 2013-01-15 07:47:18 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:18 >>> 2 250-8BITMIME\n 2013-01-15 07:47:18 >>> 250-STARTTLS\n 2013-01-15 07:47:18 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:18 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-19@rpost.net> BODY=7E TO:<Moncherybridal@gmail.com>\n 2013-01-15 07:47:18 <<< DATA\n 2013-01-15 07:47:18 >>> 250 2.1.0 OK d3si18353432 OK d3si18353432paw.186\n 2013-01-15 07:47:20 >>> 354 Go ahead d3si18353432paw.186\n 2013-01-15 07:47:21 <<< .\n 2 1358264842 d3si18353432paw.186\n 2013-01-15 07:47:22 <<< QUIT\n 2013-01-15 07:47:22 >>> 221 2.0.0 closing connectio closed gmail-smtp-in.l.google.com (74.125.25.26) in=381 out=625932\n 2013-01-15 07:47:22 done gmail.com/mta1

2013-01-15 07:43:14 starting hichina.com/mta1\n 2013-01-15 07:43:14 connecting from mta1.la1.rpost.net (64.70.1.107) to mx 15 07:43:14 connected from 64.70.1.107:46302\n 2013-01-15 07:43:14 >>> 220 mx1.aliyun-inc.com MX AliMail Server(10.200 mta1.la1.rpost.net\n 2013-01-15 07:43:14 >>> 250-mx1.aliyun-inc.com\n 2013-01-15 07:43:14 >>> 250-8BITMIME\n 2013-01- XALIOAUTH\n 2013-01-15 07:43:14 >>> 250-AUTH PLAIN LOGIN XALIOAUTH\n 2013-01-15 07:43:14 >>> 250-PIPELINING 01-15 07:43:14 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-2@rpost.net> BODY=7BIT RE TO:<Transfer@hichina.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-01-15 07:43:14 <<< DATA\n 2013-01-15 07:43:15 250 Rcpt Ok\n 2013-01-15 07:43:15 >>> 354 End data with <CR><LF>.<CR><LF>\n 2013-01-15 07:43:17 <<< .\n 2013-01-15 freedom\n 2013-01-15 07:43:18 <<< QUIT\n 2013-01-15 07:43:18 >>> 221 Bye\n 2013-01-15 07:43:18 closed mxn.mxhichina. 2013-01-15 07:43:18 done hichina.com/mta1

2013-01-15 07:47:15 starting gmail.com/mta1\n 2013-01-15 07:47:15 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:15 connected from 64.70.1.107:55039\n 2013-01-15 07:47:16 >>> 220 mx.google.com ESMTP uq10si18052923p mta1.la1.rpost.net\n 2013-01-15 07:47:16 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:16 >>> 2 250-8BITMIME\n 2013-01-15 07:47:16 >>> 250-STARTTLS\n 2013-01-15 07:47:16 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:16 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-20@rpost.net> BODY=7E TO:<Web.fall.site@gmail.com>\n 2013-01-15 07:47:16 <<< DATA\n 2013-01-15 07:47:16 >>> 250 2.1.0 OK uq10si18052923p OK uq10si18052923pbc.227\n 2013-01-15 07:47:16 >>> 354 Go ahead uq10si18052923pbc.227\n 2013-01-15 07:47:18 <<< . 1358264839 uq10si18052923pbc.227\n 2013-01-15 07:47:19 <<< QUIT\n 2013-01-15 07:47:19 >>> 221 2.0.0 closing connect 07:47:19 closed gmail-smtp-in.l.google.com (74.125.25.26) in=393 out=625929\n 2013-01-15 07:47:19 done gmail.com/mta1

2013-01-15 07:47:14 starting gmail.com/mta1\n 2013-01-15 07:47:14 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:14 connected from 64.70.1.107:48187\n 2013-01-15 07:47:14 >>> 220 mx.google.com ESMTP ak3si18085486pb mta1.la1.rpost.net\n 2013-01-15 07:47:14 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:14 >>> 2 250-8BITMIME\n 2013-01-15 07:47:14 >>> 250-STARTTLS\n 2013-01-15 07:47:14 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:14 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-27@rpost.net> BODY=7E TO:<Paymentvipservice@gmail.com>\n 2013-01-15 07:47:14 <<< DATA\n 2013-01-15 07:47:15 >>> 250 2.1.0 OK ak3si1808 2.1.5 OK ak3si18085486pbd.35\n 2013-01-15 07:47:15 >>> 354 Go ahead ak3si18085486pbd.35\n 2013-01-15 07:47:17 <<< 1358264838 ak3si18085486pbd.35\n 2013-01-15 07:47:18 <<< QUIT\n 2013-01-15 07:47:19 >>> 221 2.0.0 closing connection closed gmail-smtp-in.l.google.com (74.125.25.26) in=381 out=625941\n 2013-01-15 07:47:19 connecting from mta1.la1.rpost.r (74.125.25.26)\n 2013-01-15 07:47:19 connected from 64.70.1.107:46776\n 2013-01-15 07:47:19 >>> 220 mx.google.com ES 07:47:19 <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:19 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-0 01-15 07:47:19 >>> 250-8BITMIME\n 2013-01-15 07:47:19 >>> 250-STARTTLS\n 2013-01-15 07:47:19 >>> 250-ENHANCED 250 PIPELINING\n 2013-01-15 07:47:19 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-21@rp <<< RCPT TO:<Bigdaydress@gmail.com>\n 2013-01-15 07:47:19 <<< DATA\n 2013-01-15 07:47:19 >>> 250 2.1.0 OK g10si

| |
|---|
| 250 2.1.5 OK g10si18346162pay.230\n 2013-01-15 07:47:20 >>> 354 Go ahead g10si18346162pay.230\n 2013-01-15 07:47:2 OK 1358264842 g10si18346162pay.230\n 2013-01-15 07:47:22 <<< QUIT\n 2013-01-15 07:47:23 >>> 221 2.0.0 closing conn 07:47:23 closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625923\n 2013-01-15 07:47:23 done gmail.com/mta1 |
| 2013-01-15 07:47:18 starting gmail.com/mta1\n 2013-01-15 07:47:18 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:18 connected from 64.70.1.107:34800\n 2013-01-15 07:47:19 >>> 220 mx.google.com ESMTP s7si18385535pax mta1.la1.rpost.net\n 2013-01-15 07:47:19 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:19 >>> 2 250-8BITMIME\n 2013-01-15 07:47:19 >>> 250-STARTTLS\n 2013-01-15 07:47:19 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:19 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-22@rpost.net> BODY=7E TO:<LaFemmedressescheap@gmail.com>\n 2013-01-15 07:47:19 <<< DATA\n 2013-01-15 07:47:19 >>> 250 2.1.0 OK s7si1 2.1.5 OK s7si18385535pax.7\n 2013-01-15 07:47:20 >>> 354 Go ahead s7si18385535pax.7\n 2013-01-15 07:47:22 <<< .\n 2( 1358264843 s7si18385535pax.7\n 2013-01-15 07:47:23 <<< QUIT\n 2013-01-15 07:47:23 >>> 221 2.0.0 closing connection s closed gmail-smtp-in.l.google.com (74.125.25.26) in=369 out=625947\n 2013-01-15 07:47:23 done gmail.com/mta1 |
| 2013-01-15 07:43:14 starting gmail.com/mta1\n 2013-01-15 07:43:14 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:43:14 connected from 64.70.1.107:50569\n 2013-01-15 07:43:14 >>> 220 mx.google.com ESMTP bf6si4179608pab. mta1.la1.rpost.net\n 2013-01-15 07:43:14 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:43:14 >>> 2 250-8BITMIME\n 2013-01-15 07:43:14 >>> 250-STARTTLS\n 2013-01-15 07:43:14 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:43:14 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-23@rpost.net> BODY=7E TO:<LaFemmepromdresses2012@gmail.com>\n 2013-01-15 07:43:14 <<< DATA\n 2013-01-15 07:43:14 >>> 250 2.1.0 OK b 250 2.1.5 OK bf6si4179608pab.54\n 2013-01-15 07:43:16 >>> 354 Go ahead bf6si4179608pab.54\n 2013-01-15 07:43:18 <<< 1358264598 bf6si4179608pab.54\n 2013-01-15 07:43:18 <<< QUIT\n 2013-01-15 07:43:19 >>> 221 2.0.0 closing connection closed gmail-smtp-in.l.google.com (74.125.25.26) in=375 out=625956\n 2013-01-15 07:43:19 done gmail.com/mta1 |
| 2013-01-15 07:47:17 starting gmail.com/mta1\n 2013-01-15 07:47:17 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:17 connected from 64.70.1.107:56870\n 2013-01-15 07:47:17 >>> 220 mx.google.com ESMTP yl9si18088910pbc mta1.la1.rpost.net\n 2013-01-15 07:47:17 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:17 >>> 2 250-8BITMIME\n 2013-01-15 07:47:17 >>> 250-STARTTLS\n 2013-01-15 07:47:17 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:17 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-24@rpost.net> BODY=7E TO:<LaFemmedressesoutlet@gmail.com>\n 2013-01-15 07:47:17 <<< DATA\n 2013-01-15 07:47:17 >>> 250 2.1.0 OK yl9si1 2.1.5 OK yl9si18088910pbc.2\n 2013-01-15 07:47:19 >>> 354 Go ahead yl9si18088910pbc.2\n 2013-01-15 07:47:21 <<< .\n 2 1358264841 yl9si18088910pbc.2\n 2013-01-15 07:47:21 <<< QUIT\n 2013-01-15 07:47:22 >>> 221 2.0.0 closing connection y closed gmail-smtp-in.l.google.com (74.125.25.26) in=375 out=625950\n 2013-01-15 07:47:22 done gmail.com/mta1 |
| 2013-01-15 07:47:15 starting gmail.com/mta1\n 2013-01-15 07:47:15 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:15 connected from 64.70.1.107:49172\n 2013-01-15 07:47:15 >>> 220 mx.google.com ESMTP px7si18077593pb mta1.la1.rpost.net\n 2013-01-15 07:47:15 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:15 >>> 2 250-8BITMIME\n 2013-01-15 07:47:15 >>> 250-STARTTLS\n 2013-01-15 07:47:15 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:15 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-25@rpost.net> BODY=7E TO:<Usapromdress@gmail.com>\n 2013-01-15 07:47:15 <<< DATA\n 2013-01-15 07:47:15 >>> 250 2.1.0 OK px7si18077593 OK px7si18077593pbb.80\n 2013-01-15 07:47:16 >>> 354 Go ahead px7si18077593pbb.80\n 2013-01-15 07:47:18 <<< .\n 2( 1358264839 px7si18077593pbb.80\n 2013-01-15 07:47:19 <<< QUIT\n 2013-01-15 07:47:19 >>> 221 2.0.0 closing connection closed gmail-smtp-in.l.google.com (74.125.25.26) in=381 out=625926\n 2013-01-15 07:47:19 done gmail.com/mta1 |
| 2013-01-15 07:47:17 starting gmail.com/mta1\n 2013-01-15 07:47:17 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:17 connected from 64.70.1.107:47233\n 2013-01-15 07:47:17 >>> 220 mx.google.com ESMTP ko4si18068971pb mta1.la1.rpost.net\n 2013-01-15 07:47:17 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:17 >>> 2 250-8BITMIME\n 2013-01-15 07:47:17 >>> 250-STARTTLS\n 2013-01-15 07:47:17 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:17 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-26@rpost.net> BODY=7E TO:<Weddingdresesonlinesale@gmail.com>\n 2013-01-15 07:47:17 <<< DATA\n 2013-01-15 07:47:18 >>> 250 2.1.0 OK ko >>> 250 2.1.5 OK ko4si18068971pbc.136\n 2013-01-15 07:47:18 >>> 354 Go ahead ko4si18068971pbc.136\n 2013-01-15 07 2.0.0 OK 1358264841 ko4si18068971pbc.136\n 2013-01-15 07:47:21 <<< QUIT\n 2013-01-15 07:47:21 >>> 221 2.0.0 closing 15 07:47:21 closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625962\n 2013-01-15 07:47:21 done gmail.com/mta |
| 2013-01-15 07:47:14 starting gmail.com/mta1\n 2013-01-15 07:47:14 connecting from mta1.la1.rpost.net (64.70.1.107) to gma 01-15 07:47:14 connected from 64.70.1.107:48187\n 2013-01-15 07:47:14 >>> 220 mx.google.com ESMTP ak3si18085486pb mta1.la1.rpost.net\n 2013-01-15 07:47:14 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:14 >>> 2 250-8BITMIME\n 2013-01-15 07:47:14 >>> 250-STARTTLS\n 2013-01-15 07:47:14 >>> 250-ENHANCEDSTATUSCODES\n 2 2013-01-15 07:47:14 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-27@rpost.net> BODY=7E TO:<Paymentvipservice@gmail.com>\n 2013-01-15 07:47:14 <<< DATA\n 2013-01-15 07:47:15 >>> 250 2.1.0 OK ak3si1808 2.1.5 OK ak3si18085486pbd.35\n 2013-01-15 07:47:15 >>> 354 Go ahead ak3si18085486pbd.35\n 2013-01-15 07:47:17 <<< 1358264838 ak3si18085486pbd.35\n 2013-01-15 07:47:18 <<< QUIT\n 2013-01-15 07:47:19 >>> 221 2.0.0 closing connection closed gmail-smtp-in.l.google.com (74.125.25.26) in=381 out=625941\n 2013-01-15 07:47:19 connecting from mta1.la1.rpost.r (74.125.25.26)\n 2013-01-15 07:47:19 connected from 64.70.1.107:46776\n 2013-01-15 07:47:19 >>> 220 mx.google.com ES |

```
07:47:19 <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:47:19 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-0
01-15 07:47:19 >>> 250-8BITMIME\n 2013-01-15 07:47:19 >>> 250-STARTTLS\n 2013-01-15 07:47:19 >>> 250-ENHANCED
250 PIPELINING\n 2013-01-15 07:47:19 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-21@r
<<< RCPT TO:<Bigdaydress@gmail.com>\n 2013-01-15 07:47:19 <<< DATA\n 2013-01-15 07:47:19 >>> 250 2.1.0 OK g10si
250 2.1.5 OK g10si18346162pay.230\n 2013-01-15 07:47:20 >>> 354 Go ahead g10si18346162pay.230\n 2013-01-15 07:47:2
OK 1358264842 g10si18346162pay.230\n 2013-01-15 07:47:22 <<< QUIT\n 2013-01-15 07:47:23 >>> 221 2.0.0 closing conn
07:47:23 closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625923\n 2013-01-15 07:47:23 done gmail.com/mta1
```

```
2013-01-15 07:47:16 starting gmail.com/mta1\n 2013-01-15 07:47:16 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:17 connected from 64.70.1.107:45212\n 2013-01-15 07:47:17 >>> 220 mx.google.com ESMTP px7si18039733pb
mta1.la1.rpost.net\n 2013-01-15 07:47:17 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:17 >>> 2
250-8BITMIME\n 2013-01-15 07:47:17 >>> 250-STARTTLS\n 2013-01-15 07:47:17 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:47:17 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-28@rpost.net> BODY=7E
TO:<Sunrongzhang333@gmail.com>\n 2013-01-15 07:47:17 <<< DATA\n 2013-01-15 07:47:17 >>> 250 2.1.0 OK px7si18039
2.1.5 OK px7si18039733pbb.290\n 2013-01-15 07:47:19 >>> 354 Go ahead px7si18039733pbb.290\n 2013-01-15 07:47:21 <
1358264842 px7si18039733pbb.290\n 2013-01-15 07:47:22 <<< QUIT\n 2013-01-15 07:47:22 >>> 221 2.0.0 closing connectio
07:47:22 closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625935\n 2013-01-15 07:47:22 done gmail.com/mta1
```

```
2013-01-15 07:47:14 starting gmail.com/mta1\n 2013-01-15 07:47:14 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:14 connected from 64.70.1.107:39876\n 2013-01-15 07:47:15 >>> 220 mx.google.com ESMTP d3si18385320paw
mta1.la1.rpost.net\n 2013-01-15 07:47:15 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:15 >>> 2
250-8BITMIME\n 2013-01-15 07:47:15 >>> 250-STARTTLS\n 2013-01-15 07:47:15 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:47:15 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-29@rpost.net> BODY=7E
TO:<eShopping@gmail.com>\n 2013-01-15 07:47:15 <<< DATA\n 2013-01-15 07:47:15 >>> 250 2.1.0 OK d3si18385320paw.
d3si18385320paw.12\n 2013-01-15 07:47:15 >>> 354 Go ahead d3si18385320paw.12\n 2013-01-15 07:47:17 <<< .\n 2013-01
d3si18385320paw.12\n 2013-01-15 07:47:18 <<< QUIT\n 2013-01-15 07:47:18 >>> 221 2.0.0 closing connection d3si1838532
smtp-in.l.google.com (74.125.25.26) in=375 out=625917\n 2013-01-15 07:47:18 done gmail.com/mta1
```

```
2013-01-15 07:43:12 starting stark-stark.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.107) to
(216.32.180.22)\n 2013-01-15 07:43:12 connected from 64.70.1.107:51985\n 2013-01-15 07:43:12 >>> 220 VA3EHSMHS006
ready at Tue, 15 Jan 2013 15:43:11 +0000\n 2013-01-15 07:43:12 <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 2
[64.70.1.107]\n 2013-01-15 07:43:12 >>> 250-SIZE 157286400\n 2013-01-15 07:43:12 >>> 250-PIPELINING\n 2013-01-15 07
2013-01-15 07:43:12 >>> 250-STARTTLS\n 2013-01-15 07:43:12 >>> 250-AUTH\n 2013-01-15 07:43:12 >>> 250-8BITMIME\
BINARYMIME\n 2013-01-15 07:43:12 >>> 250 CHUNKING\n 2013-01-15 07:43:12 <<< MAIL FROM:<rcptCC9DEA646EA0BI
3@rpost.net> BODY=7BIT\n 2013-01-15 07:43:12 <<< RCPT TO:<chilliard@stark-stark.com>\n 2013-01-15 07:43:12 <<< DA
Sender OK\n 2013-01-15 07:43:12 >>> 250 2.1.5 Recipient OK\n 2013-01-15 07:43:12 >>> 354 Start mail input; end with <CR
2013-01-15 07:43:14 >>> 250 2.6.0 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-3@rpost.net> [InternalId=16029
07:43:14 <<< QUIT\n 2013-01-15 07:43:14 >>> 221 2.0.0 Service closing transmission channel\n 2013-01-15 07:43:14 closed
(216.32.180.22) in=530 out=625926\n 2013-01-15 07:43:14 done stark-stark.com/mta1
```

```
2013-01-15 07:47:16 starting gmail.com/mta1\n 2013-01-15 07:47:16 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:16 connected from 64.70.1.107:51285\n 2013-01-15 07:47:16 >>> 220 mx.google.com ESMTP ax10si18034836p
mta1.la1.rpost.net\n 2013-01-15 07:47:16 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:16 >>> 2
250-8BITMIME\n 2013-01-15 07:47:16 >>> 250-STARTTLS\n 2013-01-15 07:47:16 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:47:16 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-30@rpost.net> BODY=7E
TO:<Paymentsophia@gmail.com>\n 2013-01-15 07:47:16 <<< DATA\n 2013-01-15 07:47:17 >>> 250 2.1.0 OK ax10si180348
2.1.5 OK ax10si18034836pbd.314\n 2013-01-15 07:47:18 >>> 354 Go ahead ax10si18034836pbd.314\n 2013-01-15 07:47:20
1358264840 ax10si18034836pbd.314\n 2013-01-15 07:47:20 <<< QUIT\n 2013-01-15 07:47:21 >>> 221 2.0.0 closing connec
07:47:21 closed gmail-smtp-in.l.google.com (74.125.25.26) in=393 out=625929\n 2013-01-15 07:47:21 done gmail.com/mta1
```

```
2013-01-15 07:47:16 starting gmail.com/mta1\n 2013-01-15 07:47:16 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:16 connected from 64.70.1.107:37433\n 2013-01-15 07:47:16 >>> 220 mx.google.com ESMTP rr6si18029659pbc
mta1.la1.rpost.net\n 2013-01-15 07:47:17 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:17 >>> 2
250-8BITMIME\n 2013-01-15 07:47:17 >>> 250-STARTTLS\n 2013-01-15 07:47:17 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:47:17 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-31@rpost.net> BODY=7E
TO:<Weddingdresspayment@gmail.com>\n 2013-01-15 07:47:17 <<< DATA\n 2013-01-15 07:47:17 >>> 250 2.1.0 OK rr6si18
2.1.5 OK rr6si18029659pbc.341\n 2013-01-15 07:47:19 >>> 354 Go ahead rr6si18029659pbc.341\n 2013-01-15 07:47:21 <<<
1358264841 rr6si18029659pbc.341\n 2013-01-15 07:47:21 <<< QUIT\n 2013-01-15 07:47:22 >>> 221 2.0.0 closing connectio
closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625947\n 2013-01-15 07:47:22 done gmail.com/mta1
```

```
2013-01-15 07:47:15 starting gmail.com/mta1\n 2013-01-15 07:47:15 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:15 connected from 64.70.1.107:43235\n 2013-01-15 07:47:15 >>> 220 mx.google.com ESMTP zn8si18072579pb
mta1.la1.rpost.net\n 2013-01-15 07:47:16 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:16 >>> 2
250-8BITMIME\n 2013-01-15 07:47:16 >>> 250-STARTTLS\n 2013-01-15 07:47:16 >>> 250-ENHANCEDSTATUSCODES\n 2
```

2013-01-15 07:47:16 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-32@rpost.net> BODY=7E
TO:<Payment2001@gmail.com>\n 2013-01-15 07:47:16 <<< DATA\n 2013-01-15 07:47:16 >>> 250 2.1.0 OK zn8si18072579
OK zn8si18072579pbc.112\n 2013-01-15 07:47:18 >>> 354 Go ahead zn8si18072579pbc.112\n 2013-01-15 07:47:20 <<< .\n
1358264840 zn8si18072579pbc.112\n 2013-01-15 07:47:20 <<< QUIT\n 2013-01-15 07:47:21 >>> 221 2.0.0 closing connectic
07:47:21 closed gmail-smtp-in.l.google.com (74.125.25.26) in=387 out=625923\n 2013-01-15 07:47:21 done gmail.com/mta1

2013-01-15 07:47:15 starting gmail.com/mta1\n 2013-01-15 07:47:15 connecting from mta1.la1.rpost.net (64.70.1.107) to gma
01-15 07:47:15 connected from 64.70.1.107:50366\n 2013-01-15 07:47:15 >>> 220 mx.google.com ESMTP c9si18332896pax
mta1.la1.rpost.net\n 2013-01-15 07:47:15 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:47:15 >>> 2
250-8BITMIME\n 2013-01-15 07:47:15 >>> 250-STARTTLS\n 2013-01-15 07:47:15 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:47:15 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-33@rpost.net> BODY=7E
TO:<Pamelabridal@gmail.com>\n 2013-01-15 07:47:15 <<< DATA\n 2013-01-15 07:47:16 >>> 250 2.1.0 OK c9si18332896pa
c9si18332896pax.307\n 2013-01-15 07:47:17 >>> 354 Go ahead c9si18332896pax.307\n 2013-01-15 07:47:19 <<< .\n 2013-0
c9si18332896pax.307\n 2013-01-15 07:47:20 <<< QUIT\n 2013-01-15 07:47:20 >>> 221 2.0.0 closing connection c9si183328
smtp-in.l.google.com (74.125.25.26) in=381 out=625926\n 2013-01-15 07:47:20 done gmail.com/mta1

2013-01-15 07:43:12 starting stark-stark.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.107) to
(216.32.180.22)\n 2013-01-15 07:43:12 connected from 64.70.1.107:40756\n 2013-01-15 07:43:12 >>> 220 VA3EHSMHS002
ready at Tue, 15 Jan 2013 15:43:11 +0000\n 2013-01-15 07:43:12 <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 2
[64.70.1.107]\n 2013-01-15 07:43:12 >>> 250-SIZE 157286400\n 2013-01-15 07:43:12 >>> 250-PIPELINING\n 2013-01-15 07
2013-01-15 07:43:12 >>> 250-STARTTLS\n 2013-01-15 07:43:12 >>> 250-AUTH\n 2013-01-15 07:43:12 >>> 250-8BITMIME\
BINARYMIME\n 2013-01-15 07:43:12 >>> 250 CHUNKING\n 2013-01-15 07:43:12 <<< MAIL FROM:<rcptCC9DEA646EA0BD
4@rpost.net> BODY=7BIT\n 2013-01-15 07:43:12 <<< RCPT TO:<eparks@stark-stark.com>\n 2013-01-15 07:43:12 <<< DAT
OK\n 2013-01-15 07:43:12 >>> 250 2.1.5 Recipient OK\n 2013-01-15 07:43:12 >>> 354 Start mail input; end with <CRLF>.<C
15 07:43:14 >>> 250 2.6.0 <CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-4@rpost.net> [InternalId=1631424] Queu
QUIT\n 2013-01-15 07:43:14 >>> 221 2.0.0 Service closing transmission channel\n 2013-01-15 07:43:14 closed starkstark-cor
in=530 out=625917\n 2013-01-15 07:43:14 done stark-stark.com/mta1

2013-01-15 07:43:12 starting moonlightdress.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.10
2013-01-15 07:43:12 connected from 64.70.1.107:60234\n 2013-01-15 07:43:12 >>> 220 mx.google.com ESMTP y9si1834120
mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:43:12 >>> 2
250-8BITMIME\n 2013-01-15 07:43:12 >>> 250-STARTTLS\n 2013-01-15 07:43:12 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:43:12 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-5@rpost.net> BODY=7BI
TO:<Account@moonlightdress.com>\n 2013-01-15 07:43:12 <<< DATA\n 2013-01-15 07:43:12 >>> 250 2.1.0 OK y9si183412
2.1.5 OK y9si18341206paw.188\n 2013-01-15 07:43:13 >>> 354 Go ahead y9si18341206paw.188\n 2013-01-15 07:43:15 <<<
1358264596 y9si18341206paw.188\n 2013-01-15 07:43:16 <<< QUIT\n 2013-01-15 07:43:16 >>> 221 2.0.0 closing connectio
closed aspmx.l.google.com (74.125.141.27) in=381 out=625929\n 2013-01-15 07:43:16 done moonlightdress.com/mta1

2013-01-15 07:43:12 starting moonlightdress.com/mta1\n 2013-01-15 07:43:12 connecting from mta1.la1.rpost.net (64.70.1.10
2013-01-15 07:43:12 connected from 64.70.1.107:35849\n 2013-01-15 07:43:12 >>> 220 mx.google.com ESMTP rg4si180605
mta1.la1.rpost.net\n 2013-01-15 07:43:12 >>> 250-mx.google.com at your service, [64.70.1.107]\n 2013-01-15 07:43:12 >>> 2
250-8BITMIME\n 2013-01-15 07:43:12 >>> 250-STARTTLS\n 2013-01-15 07:43:12 >>> 250-ENHANCEDSTATUSCODES\n 2
2013-01-15 07:43:12 <<< MAIL FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-6@rpost.net> BODY=7BI
TO:<Service@moonlightdress.com>\n 2013-01-15 07:43:12 <<< DATA\n 2013-01-15 07:43:12 >>> 250 2.1.0 OK rg4si180605
2.1.5 OK rg4si18060536pbc.113\n 2013-01-15 07:43:13 >>> 354 Go ahead rg4si18060536pbc.113\n 2013-01-15 07:43:15 <<
1358264595 rg4si18060536pbc.113\n 2013-01-15 07:43:15 <<< QUIT\n 2013-01-15 07:43:16 >>> 221 2.0.0 closing connectic
closed aspmx.l.google.com (74.125.141.27) in=387 out=625929\n 2013-01-15 07:43:16 done moonlightdress.com/mta1

RPost Transmitting MTA:2013-01-15 07:43:11-0800,2013-01-15 07:43:09-0800,rcptCC9DEA646EA0BDFD5AC6B2EB239410
7@rpost.net,Sales@missybridal.com,failed,5.1.2 (bad destination system: no such domain),bad-domain,api,trans5
(172.16.2.105),mta1,CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-7,

RPost Transmitting MTA:2013-01-15 09:45:31-0800,2013-01-15 07:43:10-0800,rcptCC9DEA646EA0BDFD5AC6B2EB239410
8@rpost.net,Sales@maggiebrides.com,failed,4.4.4 (unable to route: dns lookup failure),routing-errors,api,trans1
(172.16.2.101),mta1,CC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-8,

2013-01-15 07:43:14 starting protecteddomainservices.com/mta1\n 2013-01-15 07:43:14 connecting from mta1.la1.rpost.net (6
mx1.protecteddomainservices.com (174.36.86.114)\n 2013-01-15 07:43:14 connected from 64.70.1.107:34974\n 2013-01-15 0
mx1.protecteddomainservices.com ESMTP Postfix\n 2013-01-15 07:43:14 <<< EHLO mta1.la1.rpost.net\n 2013-01-15 07:43:1
2013-01-15 07:43:14 >>> 250-PIPELINING\n 2013-01-15 07:43:14 >>> 250-SIZE 10240000\n 2013-01-15 07:43:14 >>> 250-I
ENHANCEDSTATUSCODES\n 2013-01-15 07:43:14 >>> 250-8BITMIME\n 2013-01-15 07:43:14 >>> 250 DSN\n 2013-01-15
FROM:<rcptCC9DEA646EA0BDFD5AC6B2EB23941035602D78B0-9@rpost.net> BODY=7BIT RET=HDRS\n 2013-01-15 07:
TO:<Seabridal.com@protecteddomainservices.com> NOTIFY=SUCCESS,FAILURE,DELAY\n 2013-01-15 07:43:14 <<< DAT,
2013-01-15 07:43:14 >>> 250 2.1.5 Ok\n 2013-01-15 07:43:14 >>> 354 End data with <CR><LF>.<CR><LF>\n 2013-01-15 07

2.0.0 Ok: queued as 43D6B70002703\n 2013-01-15 07:43:14 <<< QUIT\n 2013-01-15 07:43:14 >>> 221 2.0.0 Bye\n 2013-01-mx1.protecteddomainservices.com (174.36.86.114) in=300 out=626012\n 2013-01-15 07:43:14 done protecteddomainservices

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RPost services, visit **www.rpost.com**.                                An RPost Service

RcptVer6.0